**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Michael**<br>First name<br><br>**F.**<br>Middle name<br><br>**Antonelli**<br>Last name and Suffix (Sr., Jr., II, III) | **Noreen**<br>First name<br><br>**A.**<br>Middle name<br><br>**Antonelli**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. |  |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0777 | xxx-xx-6279 |

| Debtor 1 | Antonelli, Michael F. & Antonelli, Noreen A. | Case number *(if known)* |
|---|---|---|
| Debtor 2 | | |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EINs

■ I have not used any business name or EINs.

Business name(s)

EINs

**5. Where you live**

3020 Lancaster Sq
Roswell, GA 30076-1370
Number, Street, City, State & ZIP Code

Fulton
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1
Debtor 2  **Antonelli, Michael F. & Antonelli, Noreen A.**          Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Do you rent your residence?**

■ No.   Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1
Debtor 2 **Antonelli, Michael F. & Antonelli, Noreen A.**                    Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____

Name of business, if any

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

Number, Street, City, State & Zip Code

---

Debtor 1
Debtor 2    **Antonelli, Michael F. & Antonelli, Noreen A.**                        Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
| --- | --- |

**About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1
Debtor 2    **Antonelli, Michael F. & Antonelli, Noreen A.**    Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C.§ 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Michael F. Antonelli                           /s/ Noreen Antonelli
_____                    _____
Michael F. Antonelli                                  Noreen A. Antonelli
Signature of Debtor 1                                 Signature of Debtor 2

Executed on  **August 10, 2017**              Executed on  **August 10, 2017**
_____                    _____
MM / DD / YYYY                                       MM / DD / YYYY

| Debtor 1 | Antonelli, Michael F. & Antonelli, Noreen A. | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | | | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ John A. Christy**        Date    **August 10, 2017**
Signature of Attorney for Debtor             MM / DD / YYYY

**John A. Christy**
Printed name

**Schreeder, Wheeler & Flint, LLP**
Firm name

**1100 Peachtree St NE Ste 800**
**Atlanta, GA 30309-4516**
Number, Street, City, State & ZIP Code

Contact phone                Email address    **jchristy@swfllp.com**

**125518**
Bar number & State

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael F. Antonelli** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | **Noreen A. Antonelli** |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy     4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

■ Married
☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $1,500.00 | ■ Wages, commissions, bonuses, tips | $1,500.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1
Debtor 2    **Antonelli, Michael F. & Antonelli, Noreen A.**    Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
| | ☐ Wages, commissions,<br>bonuses, tips | **$58,500.00** | ☐ Wages, commissions,<br>bonuses, tips | **$0.00** |
| | ■ Operating a business | | ☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2016 ) | ☐ Wages, commissions,<br>bonuses, tips | **$-22,859.00** | ☐ Wages, commissions,<br>bonuses, tips | **$0.00** |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 ) | ☐ Wages, commissions,<br>bonuses, tips | **$1,038,001.00** | ☐ Wages, commissions,<br>bonuses, tips | **$0.00** |
| | ■ Operating a business | | ☐ Operating a business | |

5.    **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
| **From January 1 of current year until**<br>the date you filed for bankruptcy: | Social Security<br>Income | **$35,623.00** | | |
| **For last calendar year:**<br>(January 1 to December 31, 2016 ) | Social Security<br>Income | **$60,787.00** | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 ) | Social Security<br>Income | **$59,573.00** | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.    **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
☐ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
☐ **No.**    Go to line 7.
☐ **Yes**    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1
Debtor 2    **Antonelli, Michael F. & Antonelli, Noreen A.**    Case number *(if known)* _____

■ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ **No.** Go to line 7.
    ■ **Yes** List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **BB&T**<br>PO Box 580340<br>Charlotte, NC 28258-0340 | 6/22/17 | $1,594.61 | $25,312.72 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **American Express**<br>PO Box 9001108<br>Louisville, KY 40290-1108 | 6/4/17 | $2,238.00 | $44,497.59 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **American Express**<br>PO Box 9001108<br>Louisville, KY 40290-1108 | 4/20, 5/20, 6/19 | $1,000.00 | $1,228.44 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Chase**<br>PO Box 15123<br>Wilmington, DE 19850-5123 | 6/4/17 | $1,679.00 | $28,238.17 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Charter Communications**<br>PO Box 42615<br>Cincinnati, OH 45242-0615 | 6/4/17, 6/27/17 | $607.08 | $227.62 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Internet** |
| **Discover**<br>PO Box 71084<br>Charlotte, NC 28272-1084 | 6/1/17 | $1,943.00 | $42,381.78 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Debtor 1
Debtor 2  **Antonelli, Michael F. & Antonelli, Noreen A.**  Case number (if known) _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **GA Natural Gas**<br>PO Box 440667<br>Kennesaw, GA 30160-9533 | 6/7/17, 6/27/17 | $632.23 | $149.15 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other___ |
| **Navient**<br>PO Box 9533<br>Wilkes Barre, PA 18773-9533 | 4/7/17, 6/8/17, 6/27/17 | $1,374.00 | $28,111.57 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Brighthouse Life Insurance Co.**<br>PO Box 630974<br>Cincinnati, OH 45263-0974 | 6/7 | $1,278.16 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **LTC Insurance** |
| **Brighthouse Life Insurance Co.**<br>PO Box 630974<br>Cincinnati, OH 45263-0974 | 6/27 | $1,321.63 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **LTC Insurance** |
| **Wells Fargo Visa**<br>PO Box 10347<br>Des Moines, IA 50306-0347 | 5/1/17, 5/17/17, 6/4/17 | $777.00 | $5,102.83 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Wells Fargo Bank, N.A.**<br>40 Technology Pkwy S Ste 300<br>Norcross, GA 30092-2924 | 6/19/17 | $19,582.74 | $1,447,724.89 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Cincinnati Insurance**<br>3740 Davinci Ct Ste 460<br>Peachtree Corners, GA 30092-7614 | 6/9/17 | $705.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Debtor 1
Debtor 2    **Antonelli, Michael F. & Antonelli, Noreen A.**          Case number *(if known)*  _____

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

    | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
    |---|---|---|---|---|
    | | | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

    | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
    |---|---|---|---|---|
    | | | | | |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ■ No
    ☐ Yes. Fill in the details.

    | Case title Case number | Nature of the case | Court or agency | Status of the case |
    |---|---|---|---|
    | | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
    |---|---|---|---|
    | | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ☐ No
    ■ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|
    | Kabbage, Inc. 289 S Culver St Lawrenceville, GA 30046-4805 | Hold placed on BOA Account #5649 Last 4 digits of account number:_____ | | $0.00 |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■ No
    ☐ Yes

| Debtor 1 | Antonelli, Michael F. & Antonelli, Noreen A. | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | | | |

---

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Antonelli Family Foundation**<br>**271 17th St NW Ste 2400**<br>**Atlanta, GA 30363-6215** | cash donations of $500 - $1000 each | 6/1/15,<br>7/27/15,<br>8/31/15,<br>10/26/15,<br>12/20/15,<br>4/22/16,<br>8/1/16,<br>9/30/16, and<br>12/20/16 | $7,500.00 |

---

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Schreeder, Wheeler & Flint, LLP**<br>**1100 Peachtree St NE Ste 800**<br>**Atlanta, GA 30309-4516**<br>**David Antonelli** | retainer | 7/13/17 | $13,500.00 |

---

| Debtor 1 | Antonelli, Michael F. & Antonelli, Noreen A. | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Srinivas and Padmaja Burugupalli | Lot 22 on Tournament Players Drive, Milton, GA 30004 | $270,000 purchase price; $180,831.49 paid to Wells Fargo to pay off mortgage. | 1/10/17 |
| AIM Systems, Inc.<br>11675 Rainwater Dr Ste 200<br>Alpharetta, GA 30009-8693 | $74,000 in funds transferred to cover payroll and other bills | | 3/24/17, 4/5/17, 4/10/17, 4/19/17 |

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| | | |

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20.** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor 1 | | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | Antonelli, Michael F. & Antonelli, Noreen A. | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Storage Facility | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Address** (Number, Street, City, State and ZIP Code) | **Address** (Number, Street, City, State and ZIP Code) | | |

---

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ☐ No
   ■ Yes. Fill in the details.

| Owner's Name | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Address** (Number, Street, City, State and ZIP Code) | (Number, Street, City, State and ZIP Code) | | |
| AIM Systems, Inc.<br>11675 Rainwater Dr Ste 200<br>Alpharetta, GA 30009-8693 | residence | files | $0.00 |

---

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Address** (Number, Street, City, State and ZIP Code) | **Address** (Number, Street, City, State and ZIP Code) | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Address** (Number, Street, City, State and ZIP Code) | **Address** (Number, Street, City, State and ZIP Code) | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No
   ☐ Yes. Fill in the details.

| Case Title | Court or agency Name | Nature of the case | Status of the case |
|---|---|---|---|
| Case Number | **Address** (Number, Street, City, State and ZIP Code) | | |

| Debtor 1 | | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | Antonelli, Michael F. & Antonelli, Noreen A. | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name Address *(Number, Street, City, State and ZIP Code)* | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| AIM Systems, Inc. 11675 Rainwater Dr Ste 200 Alpharetta, GA 30009-8693 | Insurance General Agency<br><br>Keila Rojas | EIN:  58-1970461<br><br>From-To  1991-2017 |
| Zatatek, Inc. 11675 Rainwater Dr Ste 200 Alpharetta, GA 30009-8693 | software<br><br>Keila Rojas | EIN:  58-2234185<br><br>From-To  1995 to present |

28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No

■ Yes. Fill in the details below.

| Name Address *(Number, Street, City, State and ZIP Code)* | Date Issued |
|---|---|
| BB&T 11790 Haynes Bridge Rd Alpharetta, GA 30009-1927 | |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Michael F. Antonelli | /s/ Noreen Antonelli |
|---|---|
| Michael F. Antonelli Signature of Debtor 1 | Noreen A. Antonelli Signature of Debtor 2 |
| Date    August 11, 2017 | Date    August 11, 2017 |

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael F. Antonelli** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Noreen A. Antonelli** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION | | |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**3020 Lancaster Sq**
Street address, if available, or other description

**Roswell         GA     30076-1370**
City                    State           ZIP Code

**Fulton**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,500,000.00** | **$1,500,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>

**$1,500,000.00**

### Part 2:   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1
Debtor 2    Antonelli, Michael F. & Antonelli, Noreen A.    Case number *(if known)*

**3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Lexus** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1  Make: **Lexus**
Model: **IS 300**
Year: **2001**
Approximate mileage: **124250**
Other information:

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|
| | $3,597.00 | $3,597.00 |

**4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>    $3,597.00

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6.  Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| McGuire glass kitchen table | $995.00 |
| DR table and chairs | $1,000.00 |
| 4 poster king bed | $1,500.00 |
| bureau (Baker) | $1,000.00 |
| 2 painted bureaus | $1,000.00 |
| high dresser (Baker) | $1,200.00 |
| crystal | $3,000.00 |
| Silverware | $1,000.00 |
| pair of nightstands | unknown |
| Versace plates and cups | $200.00 |
| Belvedere china | $600.00 |
| Limoge plates | $300.00 |
| Deruta pottery | $300.00 |

Official Form 106A/B                                    Schedule A/B: Property                                    page 2

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1
Debtor 2      **Antonelli, Michael F. & Antonelli, Noreen A.**          Case number *(if known)*

| | |
|---|---|
| Belleek china | $720.00 |
| Wedgewood china | $200.00 |
| DR buffet | $500.00 |
| McGuire chairs (x4) | $400.00 |
| Washer/Dryer | $100.00 |
| Assorted Christmas decorations/ornaments | unknown |
| wooden desk (basement) | $100.00 |
| basement recliner | $100.00 |
| armoire | $125.00 |
| pine travel chest | $50.00 |
| secretary desk (library) | $200.00 |
| library table | $100.00 |
| Assorted living room furniture (table, lamp, coffee table) | unknown |
| Assorted bedroom furnishings (chairs, ottoman, end table, etc.) | unknown |
| assorted family room furnishings (chairs, couches, coffee table, etc.) | unknown |
| 2nd king bed frame and mattress | $100.00 |
| queen bed frame and mattress | $100.00 |
| victorian table | $25.00 |
| 4 poster queen bed frame and mattress | $250.00 |
| assorted furniture in 4th bedroom (old end table, old bureau, table) | unknown |
| assorted kitchen appliances and utensils | unknown |
| assorted furniture in 5th bedroom (pedestal table, secretary desk, chair) | unknown |
| Persian rug (library) | unknown |
| 2 beige rugs | unknown |
| Coromandel screen | unknown |
| coromandel panel | unknown |
| kitchen table & chairs, island seats | unknown |
| Bathroom Mirror | $300.00 |
| assorted lamps | unknown |

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | **Antonelli, Michael F. & Antonelli, Noreen A.** | Case number *(if known)* |

| | |
|---|---|
| old 27" tv | $0.00 |
| pots, pans, etc. | unknown |
| glassware and dishes (excluding china) | unknown |
| Simon Pearce glassware | $400.00 |
| California painting | $300.00 |
| family room TV | $400.00 |
| wooden jewelry box | $600.00 |
| basement couch | $100.00 |
| basement recliner | $100.00 |
| unpainted bureau | $500.00 |
| drafting table | unknown |

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| 6 other tvs | unknown |
| 2 radios | unknown |
| 2 computers | $400.00 |
| 2 cellphones | $600.00 |
| kindle | unknown |
| fitbit | $50.00 |
| iPad | $200.00 |
| apple tv | $50.00 |
| dvd player | $50.00 |
| old iPad | unknown |
| shredder | unknown |
| computers and servers at 3020 Lancaster Square | unknown |

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other
   collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| 10 limoges boxes | $350.00 |
| penguin Herend figurine | $615.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | Antonelli, Michael F. & Antonelli, Noreen A. | Case number *(if known)* |

|  |  |
|---|---|
| 7 Neil Drevitson paintings | unknown |
| other assorted paintings/pictures | unknown |
| Royal Doulton figurines | unknown |
| other Herend Figurines | $500.00 |
| Simon Pierce glass trees | unknown |

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   �■ No
   ☐ Yes. Describe.....

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

|  |  |
|---|---|
| assorted mens' clothes, shoes, accessories | $600.00 |
| assorted women's clothes, shoes, accessories | $600.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

|  |  |
|---|---|
| Wedding Ring | $12,000.00 |
| other pearls | $8,250.00 |
| Diamond Pendant | $9,000.00 |
| Cartier Watch | $4,450.00 |
| loose sapphire | $8,000.00 |
| freshwater pearl necklace | $750.00 |
| silver chain necklace | $500.00 |
| assorted men's keepsake jewelry | $500.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

| Debtor 1 Debtor 2 | Antonelli, Michael F. & Antonelli, Noreen A. | | Case number *(if known)* | |
|---|---|---|---|---|

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................

$65,330.00

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes...................................................................................................

cash     $9,700.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes.........................

Institution name:

| | | |
|---|---|---|
| 17.1. | Checking Account | **Bank of America** | $403.84 |
| 17.2. | Checking Account | **State Bank & Trust** | $1,726.00 |
| 17.3. | Checking Account | **State Bank & Trust** | $113.39 |
| 17.4. | Checking Account | **Fifth Third Bank** | $47.80 |
| 17.5. | Checking Account | **Fifth Third Bank** | $604.82 |
| 17.6. | Savings Account | **Georgia's Own Credit Union** | $20.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes.................     Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **AIM Systems, Inc.** | 50.00 | % | $0.00 |
| **AIM Systems, Inc.** | 50.00 | % | $0.00 |
| **Zatatek, Inc.** | 60.00 | % | $100.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Debtor 1<br>Debtor 2 | Antonelli, Michael F. & Antonelli, Noreen A. | Case number *(if known)* | |

☐ No
☐ Yes. Give specific information about them
               Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
☐ Yes. List each account separately.
              Type of account:         Institution name:

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ No
☐ Yes. .....................              Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☐ No
☐ Yes............      Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☐ No
☐ Yes............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☐ No
☐ Yes.  Give specific information about them...

| | |
|---|---|
| Interest in The Michael F. Antonelli Insurance Trust dated 6/8/98 | unknown |
| Interest in The Michael & Noreen Antonelli Joint Life Insurance Trusts | unknown |
| Interest in the Michael & Noreen Antonelli Family Trusts | unknown |
| Interest in The One Policy Per Owner Trust | unknown |

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☐ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☐ No
☐ Yes.  Give specific information about them...

| | |
|---|---|
| Insurance Licenses | $0.00 |

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
☐ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☐ No

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1
Debtor 2    **Antonelli, Michael F. & Antonelli, Noreen A.**                    Case number *(if known)*

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits;
    unpaid loans you made to someone else

    ☐ No
    ■ Yes. Give specific information..

    | Social Security Benefits | unknown |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | HSA BB&T | | $0.00 |
    | HSA BB&T | | $1,417.50 |
    | Brighthouse LTC | | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has
    died.

    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for
    Part 4. Write that number here.**................................................................................................................    $14,133.35

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.
If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

Debtor 1
Debtor 2    **Antonelli, Michael F. & Antonelli, Noreen A.**    Case number *(if known)* _____

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .......................................    | $0.00 |

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ...................................................................................................    $1,500,000.00

56. **Part 2: Total vehicles, line 5**    $3,597.00

57. **Part 3: Total personal and household items, line 15**    $65,330.00

58. **Part 4: Total financial assets, line 36**    $14,133.35

59. **Part 5: Total business-related property, line 45**    $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $0.00

61. **Part 7: Total other property not listed, line 54**    +    $0.00

62. **Total personal property.** Add lines 56 through 61...    $83,060.35    Copy personal property total    $83,060.35

63. **Total of all property on Schedule A/B.** Add line 55 + line 62    | $1,583,060.35 |

Official Form 106A/B    Schedule A/B: Property    page 9

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Michael F. Antonelli** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| **McGuire glass kitchen table**<br>Line from *Schedule A/B*: **6.1** | $995.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **DR table and chairs**<br>Line from *Schedule A/B*: **6.2** | $1,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **4 poster king bed**<br>Line from *Schedule A/B*: **6.3** | $1,500.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **bureau (Baker)**<br>Line from *Schedule A/B*: **6.4** | $1,000.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **2 painted bureaus**<br>Line from *Schedule A/B*: **6.5** | $1,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **high dresser (Baker)**<br>Line from *Schedule A/B*: **6.6** | $1,200.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **crystal**<br>Line from *Schedule A/B*: **6.7** | $3,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Silverware**<br>Line from *Schedule A/B*: **6.8** | $1,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **pair of nightstands**<br>Line from *Schedule A/B*: **6.9** | Unknown | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Versace plates and cups**<br>Line from *Schedule A/B*: **6.10** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Belvedere china**<br>Line from *Schedule A/B*: **6.11** | $600.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Limoge plates**<br>Line from *Schedule A/B*: **6.12** | $300.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Limoge plates**<br>Line from *Schedule A/B*: **6.12** | $300.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Deruta pottery**<br>Line from *Schedule A/B*: **6.13** | $300.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Belleek china**<br>Line from *Schedule A/B*: **6.14** | $720.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Wedgewood china**<br>Line from *Schedule A/B*: **6.15** | $200.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Wedgewood china**<br>Line from *Schedule A/B*: **6.15** | $200.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **DR buffet** Line from *Schedule A/B*: **6.16** | $500.00 | ■ | $0.00 | O.C.G.A. § 44-13-100(a)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **McGuire chairs (x4)** Line from *Schedule A/B*: **6.17** | $400.00 | ■ | $200.00 | O.C.G.A. § 44-13-100(a)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Washer/Dryer** Line from *Schedule A/B*: **6.18** | $100.00 | ■ | $0.00 | O.C.G.A. § 44-13-100(a)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Assorted Christmas decorations/ornaments** Line from *Schedule A/B*: **6.19** | Unknown | ■ | $0.00 | O.C.G.A. § 44-13-100(a)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **wooden desk (basement)** Line from *Schedule A/B*: **6.20** | $100.00 | ■ | $0.00 | O.C.G.A. § 44-13-100(a)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **basement recliner** Line from *Schedule A/B*: **6.21** | $100.00 | ■ | $50.00 | O.C.G.A. § 44-13-100(a)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **armoire** Line from *Schedule A/B*: **6.22** | $125.00 | ■ | $0.00 | O.C.G.A. § 44-13-100(a)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **pine travel chest** Line from *Schedule A/B*: **6.23** | $50.00 | ■ | $25.00 | O.C.G.A. § 44-13-100(a)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **secretary desk (library)** Line from *Schedule A/B*: **6.24** | $200.00 | ■ | $250.00 | O.C.G.A. § 44-13-100(a)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **library table** Line from *Schedule A/B*: **6.25** | $100.00 | ■ | $0.00 | O.C.G.A. § 44-13-100(a)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **library table** Line from *Schedule A/B*: **6.25** | $100.00 | ■ | $50.00 | O.C.G.A. § 44-13-100(a)(6) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Assorted living room furniture (table, lamp, coffee table)** Line from *Schedule A/B*: **6.26** | Unknown | ■ | $150.00 | O.C.G.A. § 44-13-100(a)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C   Schedule C: The Property You Claim as Exempt   page 3 of 15

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Assorted bedroom furnishings (chairs, ottoman, end table, etc.)** Line from *Schedule A/B*: **6.27** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(4)** |
| **assorted family room furnishings (chairs, couches, coffee table, etc.)** Line from *Schedule A/B*: **6.28** | Unknown | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(4)** |
| **2nd king bed frame and mattress** Line from *Schedule A/B*: **6.29** | $100.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(4)** |
| **queen bed frame and mattress** Line from *Schedule A/B*: **6.30** | $100.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(4)** |
| **victorian table** Line from *Schedule A/B*: **6.31** | $25.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(4)** |
| **4 poster queen bed frame and mattress** Line from *Schedule A/B*: **6.32** | $250.00 | ■ $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(4)** |
| **assorted furniture in 4th bedroom (old end table, old bureau, table)** Line from *Schedule A/B*: **6.33** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(4)** |
| **assorted kitchen appliances and utensils** Line from *Schedule A/B*: **6.34** | Unknown | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(4)** |
| **assorted furniture in 5th bedroom (pedestal table, secretary desk, chair)** Line from *Schedule A/B*: **6.35** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(4)** |
| **Persian rug (library)** Line from *Schedule A/B*: **6.36** | Unknown | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(4)** |
| **2 beige rugs** Line from *Schedule A/B*: **6.37** | Unknown | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(4)** |
| **Coromandel screen** Line from *Schedule A/B*: **6.38** | Unknown | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(4)** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **coromandel panel** Line from *Schedule A/B:* **6.39** | Unknown | ■ $300.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **kitchen table & chairs, island seats** Line from *Schedule A/B:* **6.40** | Unknown | ■ $300.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Bathroom Mirror** Line from *Schedule A/B:* **6.41** | $300.00 | ■ $150.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **assorted lamps** Line from *Schedule A/B:* **6.42** | Unknown | ■ $300.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **old 27" tv** Line from *Schedule A/B:* **6.43** | $0.00 | ■ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **old 27" tv** Line from *Schedule A/B:* **6.43** | $0.00 | ■ $50.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **pots, pans, etc.** Line from *Schedule A/B:* **6.44** | Unknown | ■ $50.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **pots, pans, etc.** Line from *Schedule A/B:* **6.44** | Unknown | ■ $50.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **glassware and dishes (excluding china)** Line from *Schedule A/B:* **6.45** | Unknown | ■ $150.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Simon Pearce glassware** Line from *Schedule A/B:* **6.46** | $400.00 | ■ $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **California painting** Line from *Schedule A/B:* **6.47** | $300.00 | ■ $150.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **family room TV** Line from *Schedule A/B:* **6.48** | $400.00 | ■ $200.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **wooden jewelry box** Line from *Schedule A/B*: **6.49** | $600.00 | ■ $300.00 □ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **unpainted bureau** Line from *Schedule A/B*: **6.52** | $500.00 | ■ $300.00 □ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **drafting table** Line from *Schedule A/B*: **6.53** | Unknown | ■ $150.00 □ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **2 radios** Line from *Schedule A/B*: **7.2** | Unknown | ■ $0.00 □ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **2 computers** Line from *Schedule A/B*: **7.3** | $400.00 | ■ $200.00 □ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **2 cellphones** Line from *Schedule A/B*: **7.4** | $600.00 | ■ $300.00 □ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **kindle** Line from *Schedule A/B*: **7.5** | Unknown | ■ $37.50 □ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **fitbit** Line from *Schedule A/B*: **7.6** | $50.00 | ■ $25.00 □ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **iPad** Line from *Schedule A/B*: **7.7** | $200.00 | ■ $100.00 □ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **apple tv** Line from *Schedule A/B*: **7.8** | $50.00 | ■ $25.00 □ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **dvd player** Line from *Schedule A/B*: **7.9** | $50.00 | ■ $25.00 □ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **10 limoges boxes** Line from *Schedule A/B*: **8.1** | $350.00 | ■ $175.00 □ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| penguin Herend figurine<br>Line from *Schedule A/B:* **8.2** | $615.00 | ■          $307.50<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| 7 Neil Drevitson paintings<br>Line from *Schedule A/B:* **8.3** | Unknown | ■          $1,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| other Herend Figurines<br>Line from *Schedule A/B:* **8.6** | $500.00 | ■          $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| Simon Pierce glass trees<br>Line from *Schedule A/B:* **8.7** | Unknown | ■          $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| assorted mens' clothes, shoes, accessories<br>Line from *Schedule A/B:* **11.1** | $600.00 | ■          $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| Cartier Watch<br>Line from *Schedule A/B:* **12.4** | $4,450.00 | ■          $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(5) |
| assorted men's keepsake jewelry<br>Line from *Schedule A/B:* **12.8** | $500.00 | ■          $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| cash<br>Line from *Schedule A/B:* **16.1** | $9,700.00 | ■          $4,850.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| Bank of America<br>Line from *Schedule A/B:* **17.1** | $403.84 | ■          $403.84<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| State Bank & Trust<br>Line from *Schedule A/B:* **17.2** | $1,726.00 | ■          $1,726.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| Fifth Third Bank<br>Line from *Schedule A/B:* **17.4** | $47.80 | ■          $47.80<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| Zatatek, Inc.<br>Line from *Schedule A/B:* **19.3** | $100.00 | ■          $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Social Security Benefits**<br>Line from *Schedule A/B*: **30.1** | Unknown | ☐ _____<br><br>☑ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(2)(A)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | _____ |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Noreen A. Antonelli** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 2 Exemptions** | | | |
| **Lexus**<br>**IS 300**<br>**2001**<br>**124250**<br>Line from *Schedule A/B*: **3.1** | $3,597.00 | ■ _____ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(3) |
| **McGuire glass kitchen table**<br>Line from *Schedule A/B*: **6.1** | $995.00 | ■ _____ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **DR table and chairs**<br>Line from *Schedule A/B*: **6.2** | $1,000.00 | ■ _____ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **4 poster king bed**<br>Line from *Schedule A/B*: **6.3** | $1,500.00 | ■ _____ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **bureau (Baker)**<br>Line from *Schedule A/B*: **6.4** | $1,000.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **2 painted bureaus**<br>Line from *Schedule A/B*: **6.5** | $1,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **high dresser (Baker)**<br>Line from *Schedule A/B*: **6.6** | $1,200.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **crystal**<br>Line from *Schedule A/B*: **6.7** | $3,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Silverware**<br>Line from *Schedule A/B*: **6.8** | $1,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Versace plates and cups**<br>Line from *Schedule A/B*: **6.10** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Belvedere china**<br>Line from *Schedule A/B*: **6.11** | $600.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Limoge plates**<br>Line from *Schedule A/B*: **6.12** | $300.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Limoge plates**<br>Line from *Schedule A/B*: **6.12** | $300.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Deruta pottery**<br>Line from *Schedule A/B*: **6.13** | $300.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Belleek china**<br>Line from *Schedule A/B*: **6.14** | $720.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Wedgewood china**<br>Line from *Schedule A/B*: **6.15** | $200.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wedgewood china**<br>Line from *Schedule A/B*: **6.15** | $200.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **DR buffet**<br>Line from *Schedule A/B*: **6.16** | $500.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **McGuire chairs (x4)**<br>Line from *Schedule A/B*: **6.17** | $400.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **wooden desk (basement)**<br>Line from *Schedule A/B*: **6.20** | $100.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **basement recliner**<br>Line from *Schedule A/B*: **6.21** | $100.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **armoire**<br>Line from *Schedule A/B*: **6.22** | $125.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **pine travel chest**<br>Line from *Schedule A/B*: **6.23** | $50.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **secretary desk (library)**<br>Line from *Schedule A/B*: **6.24** | $200.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **library table**<br>Line from *Schedule A/B*: **6.25** | $100.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **library table**<br>Line from *Schedule A/B*: **6.25** | $100.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Assorted living room furniture (table, lamp, coffee table)**<br>Line from *Schedule A/B*: **6.26** | Unknown | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **assorted family room furnishings (chairs, couches, coffee table, etc.)**<br>Line from *Schedule A/B*: **6.28** | Unknown | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |

Official Form 106C                    Schedule C: The Property You Claim as Exempt                    page 11 of 15

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2nd king bed frame and mattress**<br>Line from *Schedule A/B:* **6.29** | $100.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **queen bed frame and mattress**<br>Line from *Schedule A/B:* **6.30** | $100.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **victorian table**<br>Line from *Schedule A/B:* **6.31** | $25.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **4 poster queen bed frame and mattress**<br>Line from *Schedule A/B:* **6.32** | $250.00 | ■ $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **assorted kitchen appliances and utensils**<br>Line from *Schedule A/B:* **6.34** | Unknown | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **2 beige rugs**<br>Line from *Schedule A/B:* **6.37** | Unknown | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Coromandel screen**<br>Line from *Schedule A/B:* **6.38** | Unknown | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **coromandel panel**<br>Line from *Schedule A/B:* **6.39** | Unknown | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **kitchen table & chairs, island seats**<br>Line from *Schedule A/B:* **6.40** | Unknown | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Bathroom Mirror**<br>Line from *Schedule A/B:* **6.41** | $300.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **assorted lamps**<br>Line from *Schedule A/B:* **6.42** | Unknown | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **old 27" tv**<br>Line from *Schedule A/B:* **6.43** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **old 27" tv**<br>Line from *Schedule A/B*: **6.43** | $0.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **pots, pans, etc.**<br>Line from *Schedule A/B*: **6.44** | Unknown | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **pots, pans, etc.**<br>Line from *Schedule A/B*: **6.44** | Unknown | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **glassware and dishes (excluding china)**<br>Line from *Schedule A/B*: **6.45** | Unknown | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Simon Pearce glassware**<br>Line from *Schedule A/B*: **6.46** | $400.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **California painting**<br>Line from *Schedule A/B*: **6.47** | $300.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **family room TV**<br>Line from *Schedule A/B*: **6.48** | $400.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **wooden jewelry box**<br>Line from *Schedule A/B*: **6.49** | $600.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **2 computers**<br>Line from *Schedule A/B*: **7.3** | $400.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **2 cellphones**<br>Line from *Schedule A/B*: **7.4** | $600.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **kindle**<br>Line from *Schedule A/B*: **7.5** | Unknown | ■ $37.50<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **fitbit**<br>Line from *Schedule A/B*: **7.6** | $50.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **iPad**<br>Line from *Schedule A/B*: **7.7** | $200.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |
| **apple tv**<br>Line from *Schedule A/B*: **7.8** | $50.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |
| **dvd player**<br>Line from *Schedule A/B*: **7.9** | $50.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |
| **10 limoges boxes**<br>Line from *Schedule A/B*: **8.1** | $350.00 | ■ $175.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |
| **penguin Herend figurine**<br>Line from *Schedule A/B*: **8.2** | $615.00 | ■ $307.50<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |
| **7 Neil Drevitson paintings**<br>Line from *Schedule A/B*: **8.3** | Unknown | ■ $1,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |
| **other Herend Figurines**<br>Line from *Schedule A/B*: **8.6** | $500.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |
| **Simon Pierce glass trees**<br>Line from *Schedule A/B*: **8.7** | Unknown | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |
| **assorted women's clothes, shoes, accessories**<br>Line from *Schedule A/B*: **11.2** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(4)** |
| **Wedding Ring**<br>Line from *Schedule A/B*: **12.1** | $12,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(5)** |
| **freshwater pearl necklace**<br>Line from *Schedule A/B*: **12.6** | $750.00 | ■ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |
| **silver chain necklace**<br>Line from *Schedule A/B*: **12.7** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(5)** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **cash**<br>Line from *Schedule A/B*: **16.1** | $9,700.00 | ■     $4,850.00<br>☐   100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **State Bank & Trust**<br>Line from *Schedule A/B*: **17.3** | $113.39 | ■     $113.39<br>☐   100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Fifth Third Bank**<br>Line from *Schedule A/B*: **17.5** | $604.82 | ■     $604.82<br>☐   100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Georgia's Own Credit Union**<br>Line from *Schedule A/B*: **17.6** | $20.00 | ■     $20.00<br>☐   100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Social Security Benefits**<br>Line from *Schedule A/B*: **30.1** | Unknown | ☐ <br>■   100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(2)(A) |
| **HSA BB&T**<br>Line from *Schedule A/B*: **31.2** | $1,417.50 | ☐ <br>■   100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(2)(G) |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■   No

   ☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐   No

       ☐   Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael F. Antonelli** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Noreen A. Antonelli** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**  List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1  PNC Bank, N.A.**
Creditor's Name

**Corporation Service Company**
**40 Technology Pkwy S Ste 300**
**Norcross, GA**
**30092-2924**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**
3020 Lancaster Sq, Roswell, GA 30076-1370

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

Column A: **$199,000.00**  Column B: **$1,500,000.00**  Column C: **$146,725.00**

**2.2  Wells Fargo**
Creditor's Name

**PO Box 10335**
**Des Moines, IA**
**50306-0335**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**
3020 Lancaster Sq, Roswell, GA 30076-1370

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

Column A: **$1,447,725.00**  Column B: **$1,500,000.00**  Column C: **$0.00**

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1    **Michael F. Antonelli**
_____     Case number (if know)  _____
            First Name        Middle Name        Last Name

Debtor 2    **Noreen A. Antonelli**
_____
            First Name        Middle Name        Last Name

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,646,725.00** |
| If this is the last **page** of your form, add the dollar value totals from all pages. Write that number here: | **$1,646,725.00** |

### Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐  Name, Number, Street, City, State & Zip Code
   **Wells Fargo Bank, N.A.**
   **Corporation Service Company**
   **40 Technology Pkwy S Ste 300**
   **Norcross, GA 30092-2924**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number ___

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael F. Antonelli** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Noreen A. Antonelli** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.    **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | **Internal Revenue Service** | | | $137,474.2 9 | | |
| | Priority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___ | | | $137,474.29 | $0.00 |
| | **Centralized Insolvency Operation** | | | | | |
| | **PO Box 7346** | When was the debt incurred? | 2015 | | | |
| | **Philadelphia, PA 19101-7346** | | | | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1
Debtor 2  **Antonelli, Michael F. & Antonelli, Noreen A.**          Case number (if know) _____

| 4.1 | **American Express** | Last 4 digits of account number | 2096 | | $1,228.44 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 9001108**
**Louisville, KY 40290-1108**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☑ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☑ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☑ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify _____

| 4.2 | **American Express** | Last 4 digits of account number | 4009 | | $44,497.59 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 9001108**
**Louisville, KY 40290-1108**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☑ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify _____

| 4.3 | **Ariel Bouskila/ABF Servicing** | Last 4 digits of account number | | | unknown |

Nonpriority Creditor's Name

When was the debt incurred? _____

**40 Exchange Pl**
**New York, NY 10005-2701**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☑ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☑ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify _____

Debtor 1
Debtor 2    **Antonelli, Michael F. & Antonelli, Noreen A.**                    Case number (if know) _____

| 4.4 | **Atlanta National LLC** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**13510 Providence Lake Dr**
**Milton, GA 30004-7501**
Number Street City State Zip Code

**As of the date you file, the claim is: Check all that apply**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify _____

| 4.5 | **Bank of America Corporation** | Last 4 digits of account number   5699 | $2,912.31 |

Nonpriority Creditor's Name

**CT Corporation System**
**289 S Culver St**
**Lawrenceville, GA 30046-4805**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   credit line

| 4.6 | **Bank of America Corporation** | Last 4 digits of account number   9287 | $11,290.46 |

Nonpriority Creditor's Name

**CT Corporation System**
**289 S Culver St**
**Lawrenceville, GA 30046-4805**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   credit card

Debtor 1  **Antonelli, Michael F. & Antonelli, Noreen A.**
Debtor 2

Case number (if know) _____

| 4.7 | **BB&T Insurance Services, Inc.** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**1887 Highway 20 SE Ste 200**
**Conyers, GA 30013-2047**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**      ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify _____

| 4.8 | **BellSouth** | Last 4 digits of account number  7714 | $141.68 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**289 S Culver St**
**Lawrenceville, GA 30046-4805**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**      ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify _____

| 4.9 | **Branch Banking & Trust Company** | Last 4 digits of account number  7907 | $273,239.88 |

Nonpriority Creditor's Name
**Reg. Agent: CT Corporation**
**System**                                         When was the debt incurred? _____
**289 S Culver St**
**Lawrenceville, GA 30046-4805**
Number Street City State Zip Code

Who incurred the debt? Check one.                  As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**      ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify  Note _____

Debtor 1
Debtor 2   **Antonelli, Michael F. & Antonelli, Noreen A.**                    Case number (if know) _____

| 4.10 | **Charter Communications/ Spectrum** | Last 4 digits of account number | 9763 | unknown |

Nonpriority Creditor's Name
**Corporation Service Company**
**40 Technology Pkwy S Ste 300**
**Norcross, GA 30092-2924**

When was the debt incurred?      _____

Number Street City State Zip Code

**As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community     ☐ Student loans
debt                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims

■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify    _____

---

| 4.11 | **CHASE** | Last 4 digits of account number | 5882 | $28,238.17 |

Nonpriority Creditor's Name

**PO Box 15123**
**Wilmington, DE 19850-5123**

When was the debt incurred?      _____

Number Street City State Zip Code

**As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community     ☐ Student loans
debt                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims

■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify    credit card

---

| 4.12 | **CHASE** | Last 4 digits of account number | 5808 | $13,340.42 |

Nonpriority Creditor's Name

**PO Box 15123**
**Wilmington, DE 19850-5123**

When was the debt incurred?      _____

Number Street City State Zip Code

**As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**

☐ Debtor 1 only                              ☐ Contingent
■ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community     ☐ Student loans
debt                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims

■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify    _____

---

Debtor 1
Debtor 2   Antonelli, Michael F. & Antonelli, Noreen A.                          Case number (if know) _____

| 4.13 | **Chatham Park Community Association, Inc.** | Last 4 digits of account number | 4989 | $750.00 |

Nonpriority Creditor's Name
**c/o Heritage Property Management
500 Sugar Mill Rd Bldg B
Atlanta, GA 30350-2865**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.14 | **CIT Direct Capital** | Last 4 digits of account number | | unknown |

Nonpriority Creditor's Name

**155 Commerce Way
Portsmouth, NH 03801-3243**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.15 | **Citi** | Last 4 digits of account number | 0534 | $46,901.01 |

Nonpriority Creditor's Name

**PO Box 6077
Sioux Falls, SD 57117-6077**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1
Debtor 2    **Antonelli, Michael F. & Antonelli, Noreen A.**    Case number (if know) _____

| 4.16 | **Citi** | Last 4 digits of account number | **2623** | | **$16,578.96** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 6077**
**Sioux Falls, SD 57117-6077**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

| 4.17 | **City of Roswell, Georgia** | Last 4 digits of account number | | | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**38 Hill St Ste 130**
**Roswell, GA 30075-4537**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

| 4.18 | **David Antonelli** | Last 4 digits of account number | | | **$160,000.00** |

Nonpriority Creditor's Name

When was the debt incurred? **10/13/16**

**110 Horatio St Apt 517**
**New York, NY 10014-1579**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page  7 of 22

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1
Debtor 2  **Antonelli, Michael F. & Antonelli, Noreen A.**                         Case number (if know) _____

---

| 4.19 | **Discover** |
| --- | --- |

Nonpriority Creditor's Name

**PO Box 71084**
**Charlotte, NC 28272-1084**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

**Last 4 digits of account number**   1250                                     $42,381.78

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.20 | **Dr. W. Thomas Reed** |
| --- | --- |

Nonpriority Creditor's Name

**755 Mount Vernon Hwy NE Ste 500**
**Atlanta, GA 30328-4280**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

**Last 4 digits of account number**   _____                                    $1,275.00

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.21 | **Emory/St. Josephs, Inc.** |
| --- | --- |

Nonpriority Creditor's Name
**C/O Emory Healthcare, Inc.,**
**WHSCAB,**
**1440 Clifton Rd NE Rm 400**
**Atlanta, GA 30322-1053**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

**Last 4 digits of account number**   6260                                     $1,965.00

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

Debtor 1
Debtor 2    **Antonelli, Michael F. & Antonelli, Noreen A.**          Case number (if know) _____

---

| 4.22 | **Emory/St. Josephs, Inc.** | Last 4 digits of account number | 6260 | $6,966.00 |

Nonpriority Creditor's Name

**C/O Emory Healthcare, Inc.,
WHSCAB,
1440 Clifton Rd NE Rm 400
Atlanta, GA 30322-1053**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                       ☐ Contingent
☐ Debtor 2 only                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only          ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                 ■ Other. Specify   **medical bills**

---

| 4.23 | **Extremity Healthcare** | Last 4 digits of account number | 3717 | $676.78 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**900 Circle 75 Pkwy SE Ste 900
Atlanta, GA 30339-3084**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                       ☐ Contingent
☐ Debtor 2 only                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only          ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                 ■ Other. Specify _____

---

| 4.24 | **First Pro** | Last 4 digits of account number | unknown |

Nonpriority Creditor's Name

When was the debt incurred? _____

**1302 Fenner Ct
Franklin, TN 37067-8537**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                       ☐ Contingent
☐ Debtor 2 only                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only          ☐ Disputed
■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                 ■ Other. Specify _____

---

Debtor 1
Debtor 2   **Antonelli, Michael F. & Antonelli, Noreen A.**                    Case number (if know) _____

| 4.25 | **Forward Financing** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

When was the debt incurred? _____

**36 Bromfield St Fl 2**
**Boston, MA 02108-5221**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify _____

| 4.26 | **Fox Capital** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

When was the debt incurred? _____

**140 Broadway Fl 46**
**New York, NY 10005-1155**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify _____

| 4.27 | **Fulton County Finance Dept.** | Last 4 digits of account number  0786 | $502.77 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**141 Pryor St SW Ste 7001**
**Atlanta, GA 30303-3468**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify  water/sewer

Debtor 1
Debtor 2  **Antonelli, Michael F. & Antonelli, Noreen A.**

Case number (if know) _____

---

| 4.28 | **Fulton County Tax Commissioner** |
|---|---|

Nonpriority Creditor's Name

**141 Pryor St SW**
**Atlanta, GA 30303-3444**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.29 | **Georgia Natural Gas Company** |
|---|---|

Nonpriority Creditor's Name

**10 Peachtree Pl NE**
**Atlanta, GA 30309-4497**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **2143**        **$149.15**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.30 | **Georgia Power** |
|---|---|

Nonpriority Creditor's Name

**241 Ralph McGill Blvd NE # B-10180**
**Atlanta, GA 30308-3374**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **1101**        **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1
Debtor 2    Antonelli, Michael F. & Antonelli, Noreen A.                    Case number (if know) _____

| 4.31 | Hoover Funding |
|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____ _____          unknown

When was the debt incurred?  _____

57 W 38th St Rm 402
New York, NY 10018-1921
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Is the claim subject to offset?

☑ No
☐ Yes

| 4.32 | HOP Capital |
|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____ _____          unknown

When was the debt incurred?  _____

1022 Avenue M
Brooklyn, NY 11230-4712
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Is the claim subject to offset?

☑ No
☐ Yes

| 4.33 | IPIPELINE |
|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____ _____          unknown

When was the debt incurred?  _____

222 Valley Creek Blvd Ste 300
Exton, PA 19341-2385
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Is the claim subject to offset?

☑ No
☐ Yes

Debtor 1
Debtor 2    **Antonelli, Michael F. & Antonelli, Noreen A.**    Case number (if know) _____

---

| 4.34 | **JONES & KOLB** | Last 4 digits of account number | **0476** | **$2,105.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**3475 Piedmont Rd NE Ste 1500**
**Atlanta, GA 30305-2913**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.35 | **JP Morgan Chase & Co.** | Last 4 digits of account number | _____ | **unknown** |

Nonpriority Creditor's Name

**CT Corporation System**
**289 S Culver St**
**Lawrenceville, GA 30046-4805**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.36 | **Kabbage, Inc. / Celtic Bank** | Last 4 digits of account number | **5204** | **unknown** |

Nonpriority Creditor's Name

**National Registered Agents**
**289 S Culver St**
**Lawrenceville, GA 30046-4805**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1
Debtor 2    **Antonelli, Michael F. & Antonelli, Noreen A.**        Case number (if know)

| 4.37 | **Kings Cash Group** | Last 4 digits of account number | unknown |

Nonpriority Creditor's Name

When was the debt incurred?

**30 Broad St Ste 1201**
**New York, NY 10004-2902**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent
☐ Debtor 1 only
☐ Unliquidated
☐ Debtor 2 only
☐ Disputed
☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another

☐ Student loans
☐ Check if this claim is for a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts
■ No

■ Other. Specify _____
☐ Yes

| 4.38 | **Lendio Loan** | Last 4 digits of account number | unknown |

Nonpriority Creditor's Name

When was the debt incurred?

**10235 S Jordan Gtwy Ste 410**
**South Jordan, UT 84095-4188**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent
☐ Debtor 1 only
☐ Unliquidated
☐ Debtor 2 only
☐ Disputed
☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another

☐ Student loans
☐ Check if this claim is for a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts
■ No

■ Other. Specify _____
☐ Yes

| 4.39 | **Lexus Financial Services** | Last 4 digits of account number | unknown |

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 4102**
**Carol Stream, IL 60197-4102**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent
☐ Debtor 1 only
☐ Unliquidated
☐ Debtor 2 only
☐ Disputed
☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another

☐ Student loans
☐ Check if this claim is for a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts
■ No

■ Other. Specify _____
☐ Yes

Debtor 1
Debtor 2 **Antonelli, Michael F. & Antonelli, Noreen A.**    Case number (if know) _____

| | |
|---|---|
| 4.40 | **MCA Recovery LLC** |

Nonpriority Creditor's Name

**17 State St Ste 4000**
**New York, NY 10004-1508**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number ____ ____ ____ ____    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| | |
|---|---|
| 4.41 | **Navient** |

Nonpriority Creditor's Name

**PO Box 9533**
**Wilkes Barre, PA 18773-9533**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  8235    $28,111.57

When was the debt incurred?  2/23/05

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| | |
|---|---|
| 4.42 | **Neiman Marcus** |

Nonpriority Creditor's Name

**PO Box 85619**
**Richmond, VA 23285-5619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  1436    $6,230.47

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1
Debtor 2  **Antonelli, Michael F. & Antonelli, Noreen A.**

Case number (if know)

| 4.43 | **North DeKalb Electric, Inc.** | | $0.00 |

Nonpriority Creditor's Name

Last 4 digits of account number _____

When was the debt incurred? _____

**3810 Beya Way**
**Atlanta, GA 30340-4525**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community  ☐ Student loans
debt                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify _____

| 4.44 | **NORTHERN ARC EXECUTIVE SERVICES INC.** | | **unknown** |

Nonpriority Creditor's Name

Last 4 digits of account number _____

**c/o Mohammad Hoque**
**2655 Kingsbrooke Ln**
**Duluth, GA 30097-7392**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community  ☐ Student loans
debt                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify _____

| 4.45 | **Northwest Exterminators** | 8197 | $75.00 |

Nonpriority Creditor's Name

Last 4 digits of account number  8197

When was the debt incurred? _____

**830 Kennesaw Ave NW**
**Marietta, GA 30060-1006**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community  ☐ Student loans
debt                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify _____

Debtor 1
Debtor 2    **Antonelli, Michael F. & Antonelli, Noreen A.**    Case number (if know) _____

| 4.46 | **Public Storage** | Last 4 digits of account number _____ | **unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

**530 S Main St**
**Alpharetta, GA 30009-1920**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.47 | **Reliable Fast Cash / Business Capital LL** | Last 4 digits of account number _____ | **unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

**2 Rector St**
**New York, NY 10006-1819**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.48 | **Robert Tommy Brigman** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    10/27/16

**571 Ledford Rd**
**Dillard, GA 30537-1759**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1
Debtor 2    **Antonelli, Michael F. & Antonelli, Noreen A.**                    Case number (if know) _____

| 4.49 | **Saks 5th Avenue** | Last 4 digits of account number | **2847** | | $580.98 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 5224**
**Carol Stream, IL 60197-5224**
Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **credit card**

---

| 4.50 | **TVT Capital** | Last 4 digits of account number | | | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**30 Wall St Ste 801**
**New York, NY 10005-2201**
Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.51 | **Unique Funding Solutions** | Last 4 digits of account number | | | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**1672 E 22nd St Apt 5A**
**Brooklyn, NY 11229-1544**
Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1
Debtor 2    **Antonelli, Michael F. & Antonelli, Noreen A.**        Case number (if know) _____

---

| 4.52 | **Vadim Barbarovich** |
|---|---|

Nonpriority Creditor's Name

**Marshall, City of New York**
**1517 Voorhies Ave Ste 3R**
**Brooklyn, NY 11235-3919**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.53 | **VERIZON WIRELESS** |
|---|---|

Nonpriority Creditor's Name

**CT Corporation System**
**289 S Culver St**
**Lawrenceville, GA 30046-4805**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.54 | **Wells Fargo** |
|---|---|

Nonpriority Creditor's Name

**PO Box 77053**
**Minneapolis, MN 55480-7753**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    2329        **$5,100.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **credit cards**

---

Debtor 1
Debtor 2  **Antonelli, Michael F. & Antonelli, Noreen A.**                    Case number (if know)

| 4.55 | **Yale Club** | | Last 4 digits of account number | 1628 | | $304.03 |

Nonpriority Creditor's Name

When was the debt incurred?

**50 Vanderbilt Ave**
**New York, NY 10017-3803**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☐ No
☐ Yes

■ Other. Specify _____

---

| 4.56 | **Yellowstone Captial** | | Last 4 digits of account number | | | unknown |

Nonpriority Creditor's Name

When was the debt incurred?

**30 Broad St Fl 14**
**New York, NY 10004-2906**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify _____

---

| 4.57 | **Zachter PLLC** | | Last 4 digits of account number | | | unknown |

Nonpriority Creditor's Name

When was the debt incurred?

**30 Wall St Fl 8**
**New York, NY 10005-2205**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify _____

---

**Part 3:  List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 20 of 22

Debtor 1
Debtor 2  **Antonelli, Michael F. & Antonelli, Noreen A.**       Case number (if know)  _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Atlanta National Golf Club**<br>PO Box 580024<br>Charlotte, NC 28258-0024 | Line **4.4** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **C2C Resources, LLC**<br>3500 N Causeway Blvd Ste 300<br>Metairie, LA 70002-3502 | Line **4.24** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Cincinnati Insurance**<br>**Bernie Kistler**<br>3740 Davinci Ct Ste 460<br>Peachtree Corners, GA 30092-7614 | Line **4.7** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Citigroup, Inc.**<br>**C T CORPORATION SYSTEM**<br>111 8th Ave<br>New York, NY 10011-5201 | Line **4.15** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        0534 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Citigroup, Inc.**<br>**C T CORPORATION SYSTEM**<br>111 8th Ave<br>New York, NY 10011-5201 | Line **4.16** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        2623 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Emory/St. Josephs**<br>PO Box 660827<br>Dallas, TX 75266-0827 | Line **4.21** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        6260 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Fulton County Board of Tax**<br>**Assessors**<br>235 Peachtree St NE Ste 1400<br>Atlanta, GA 30303-1402 | Line **4.28** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Georgia Natural Gas**<br>PO Box 440667<br>Kennesaw, GA 30160-9533 | Line **4.29** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        2143 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **JP Morgan Chase & Co.**<br>**CT Corporation System**<br>289 S Culver St<br>Lawrenceville, GA 30046-4805 | Line **4.11** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        5882 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Wells Fargo Bank, N.A.**<br>**Corporation Service Company**<br>40 Technology Pkwy S Ste 300<br>Norcross, GA 30092-2924 | Line **4.54** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        2329 |

**Part 4:**   Add the Amounts for Each Type of Unsecured Claim

Debtor 1
Debtor 2    **Antonelli, Michael F. & Antonelli, Noreen A.**          Case number (if know)

**6. Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 137,474.29 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 137,474.29 |

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 745,542.45 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 745,542.45 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael F. Antonelli** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Noreen A. Antonelli** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |
| **2.1** Name _____ | |
| Number    Street | |
| City          State          ZIP Code | |
| **2.2** Name _____ | |
| Number    Street | |
| City          State          ZIP Code | |
| **2.3** Name _____ | |
| Number    Street | |
| City          State          ZIP Code | |
| **2.4** Name _____ | |
| Number    Street | |
| City          State          ZIP Code | |
| **2.5** Name _____ | |
| Number    Street | |
| City          State          ZIP Code | |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael F. Antonelli** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Noreen A. Antonelli** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number (if known) | |

☐ Check if this is an
    amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | *Column 1:* Your codebtor<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **AIM Systems, Inc.**<br>**11675 Rainwater Dr Ste 200**<br>**Alpharetta, GA 30009-8693** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G<br>**Branch Banking & Trust Company** |
| 3.2 | **AIM Systems, Inc.**<br>**11675 Rainwater Dr Ste 200**<br>**Alpharetta, GA 30009-8693** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G<br>**CIT Direct Capital** |
| 3.3 | **AIM Systems, Inc.**<br>**11675 Rainwater Dr Ste 200**<br>**Alpharetta, GA 30009-8693** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.24__<br>☐ Schedule G<br>**First Pro** |

Debtor 1    __Antonelli, Michael F. & Antonelli, Noreen A.__                    Case number *(if known)*    _____

| | Additional Page to List More Codebtors | |
|---|---|---|
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.4 **AIM Systems, Inc.**
**11675 Rainwater Dr Ste 200**
**Alpharetta, GA 30009-8693**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.25**
☐ Schedule G _____
**Forward Financing**

3.5 **AIM Systems, Inc.**
**11675 Rainwater Dr Ste 200**
**Alpharetta, GA 30009-8693**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.26**
☐ Schedule G _____
**Fox Capital**

3.6 **AIM Systems, Inc.**
**11675 Rainwater Dr Ste 200**
**Alpharetta, GA 30009-8693**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.31**
☐ Schedule G _____
**Hoover Funding**

3.7 **AIM Systems, Inc.**
**11675 Rainwater Dr Ste 200**
**Alpharetta, GA 30009-8693**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.32**
☐ Schedule G _____
**HOP Capital**

3.8 **AIM Systems, Inc.**
**11675 Rainwater Dr Ste 200**
**Alpharetta, GA 30009-8693**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.36**
☐ Schedule G _____
**Kabbage, Inc. / Celtic Bank**

3.9 **AIM Systems, Inc.**
**11675 Rainwater Dr Ste 200**
**Alpharetta, GA 30009-8693**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.38**
☐ Schedule G _____
**Lendio Loan**

3.10 **AIM Systems, Inc.**
**11675 Rainwater Dr Ste 200**
**Alpharetta, GA 30009-8693**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.39**
☐ Schedule G _____
**Lexus Financial Services**

Debtor 1   **Antonelli, Michael F. & Antonelli, Noreen A.**                         Case number *(if known)*  _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.11   **AIM Systems, Inc.**
       **11675 Rainwater Dr Ste 200**
       **Alpharetta, GA 30009-8693**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.46___
☐ Schedule G _____
**Public Storage**

3.12   **AIM Systems, Inc.**
       **11675 Rainwater Dr Ste 200**
       **Alpharetta, GA 30009-8693**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.47___
☐ Schedule G _____
**Reliable Fast Cash / Business Capital LL**

3.13   **AIM Systems, Inc.**
       **11675 Rainwater Dr Ste 200**
       **Alpharetta, GA 30009-8693**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.50___
☐ Schedule G _____
**TVT Capital**

3.14   **AIM Systems, Inc.**
       **11675 Rainwater Dr Ste 200**
       **Alpharetta, GA 30009-8693**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.51___
☐ Schedule G _____
**Unique Funding Solutions**

3.15   **AIM Systems, Inc.**
       **11675 Rainwater Dr Ste 200**
       **Alpharetta, GA 30009-8693**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.56___
☐ Schedule G _____
**Yellowstone Captial**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael F. Antonelli** |
| Debtor 2 (Spouse, if filing) | **Noreen A. Antonelli** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number (if known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed | ☐ Employed |
| | | ☒ Not employed | ☒ Not employed |
| Occupation | | | |
| Employer's name | | | |
| Employer's address | | | |
| How long employed there? | | | |

**Part 2:    Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | **Antonelli, Michael F. & Antonelli, Noreen A.** | Case number (*if known*) |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| Copy line 4 here | | 4. | | $ 0.00 | $ 0.00 |
| **5.** | **List all payroll deductions:** | | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | | $ 0.00 | $ 0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | | $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | | $ 0.00 + | $ 0.00 |
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | | $ 0.00 | $ 0.00 |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | | $ 0.00 | $ 0.00 |
| **8.** | **List all other income regularly received:** | | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ 0.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | | $ 2,600.00 | $ 2,460.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ | | $ 0.00 + | $ 0.00 |
| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | | $ 2,600.00 | $ 2,460.00 |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | $ 2,600.00 + $ 2,460.00 = | $ 5,060.00 |

**11. State all other regular contributions to the expenses that you list in** *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____ 11. +$ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies    12. | $ 5,060.00

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain: | Expected decrease in Social Security |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Michael F. Antonelli** |
| Debtor 2 (Spouse, if filing) | **Noreen A. Antonelli** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ■ No

   Do not list Debtor 1 and Debtor 2.  ☐ Yes.  Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**  ■ No  ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 9,791.37 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. $ | 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ | 250.00 |
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. $ | 544.00 |

Debtor 1  **Antonelli, Michael F. & Antonelli, Noreen A.**            Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 394.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 245.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 352.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,000.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 30.00 |
| 10. | **Personal care products and services** | | 10. $ | 60.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 500.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | | 12. $ | 60.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 864.00 |
| | 15c. | Vehicle insurance | 15c. $ | 101.00 |
| | 15d. | Other insurance. Specify:  **LTC** | 15d. $ | 433.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. | Add lines 4 through 21. | $ | 14,624.37 |
| | 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. | Add line 22a and 22b. The result is your monthly expenses. | $ | 14,624.37 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 5,060.00 |
| | 23b. | Copy your monthly expenses from line 22c above. | 23b. -$ | 14,624.37 |
| | 23c. | Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income.* | 23c. $ | -9,564.37 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
■ Yes.    Explain here: **Will surrender home and decrease expenses.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael F. Antonelli** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Noreen A. Antonelli** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B....................................... | $ 1,500,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................. | $ 83,060.35 |
| | 1c. Copy line 63, Total of all property on Schedule A/B...................................... | $ 1,583,060.35 |

### Part 2:   Summarize Your Liabilities

| | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $ 1,646,725.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 137,474.29 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $ 745,542.45 |
| | **Your total liabilities** | $ 2,529,741.74 |

### Part 3:   Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................................................................ | $ 5,060.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*............................................................................................. | $ 14,624.37 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  **Antonelli, Michael F. & Antonelli, Noreen A.**          Case number *(if known)* _____
Debtor 2

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11;**OR**, Form 122B Line 11;**OR**, Form 122C-1 Line 14.                    $ _____ 10,916.66

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 137,474.29 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 137,474.29 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael F. Antonelli** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Noreen A. Antonelli** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    *Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Michael F. Antonelli**                       X  **/s/ Noreen Antonelli**
   **Michael F. Antonelli**                              **Noreen A. Antonelli**
   Signature of Debtor 1                                 Signature of Debtor 2

Date  **August 10, 2017**                            Date  **August 10, 2017**

LOCAL FORM 5005-7(c)(3)(B)

**United States Bankruptcy Court**
**Northern District of Georgia, Atlanta Division**

IN RE:                                                               Case No. _____

Antonelli, Michael F. & Antonelli, Noreen A.                         Chapter **7** _____
_____
Debtor(s)

### DECLARATION UNDER PENALTY OF PERJURY CONCERNING PETITION, SCHEDULES, SUMMARY OF SCHEDULES, AND STATEMENT OF FINANCIAL AFFAIRS

Each of the undersigned declares under penalty of perjury —

(1) My attorney is filing on my behalf

☑ the original of or ☐ the amendment to
[check applicable box]

the following papers in the United States Bankruptcy Court for the Northern District of Georgia (check applicable box for papers that are to be filed simultaneously with this Declaration);

| | |
|---|---|
| ☑ * Petition | ☑ Schedule F |
| ☑ List of all Creditors | ☑ Schedule G |
| ☐ * List of 20 largest creditors | ☑ Schedule H |
| ☑ Schedule A | ☑ Schedule I |
| ☑ Schedule B | ☑ Schedule J |
| ☑ Schedule C | ☑ * Declarations Concerning Debtor's Schedules |
| ☑ Schedule D | ☑ * Statement of Financial Affairs |
| ☑ Schedule E | |

(2) that I have read each of the documents described above;

(3) that with respect to each document described above marked with an asterisk, I signed the Declaration under penalty of perjury attached to or part of such document; and

(4) that when I signed this Declaration, the foregoing documents were not blank or partially complete; and

(5) that the information provided in the above documents is true and correct to the best of my knowledge, information and belief.

Dated: **August 10, 2017**          Signature:          **/s/ Michael F. Antonelli**
                                    Type or Print Name:   **Michael F. Antonelli**


                                    Signature:          **/s/ Noreen Antonelli**
                                    Type or Print Name:   **Noreen Antonelli**
                                                         (If Joint Debtors, Both Must Sign)

### Attorney's Certification

The undersigned attorney for the above Debtor(s) certifies to the Court that: (1) the Debtor(s)(or, if the Debtor is an entity, an authorized agent of the Debtor) will have signed this form and the documents referred to above before I file them; (2) no material change was made in the documents referred to above after the Debtor(s) (or authorized agent) read and signed the final paper copy of those documents, including Declarations attached to those documents and the foregoing Declaration; and (3) those documents are the documents filed with the court simultaneously with this Certification.

Dated: **August 10, 2017**                  **/s/ John A. Christy**
                       Type or Print Name:   **John A. Christy**
                                             Bar Number: **125518**

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael F. Antonelli** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | **Noreen A. Antonelli** |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **PNC Bank, N.A.**<br><br>Description of property securing debt: **3020 Lancaster Sq, Roswell, GA 30076-1370** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Wells Fargo**<br><br>Description of property securing debt: **3020 Lancaster Sq, Roswell, GA 30076-1370** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

### Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1
Debtor 2    **Antonelli, Michael F. & Antonelli, Noreen A.**          Case number *(if known)* _____

| | |
|---|---|
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal
property that is subject to an unexpired lease.

X  **/s/ Michael F. Antonelli**                                X  **/s/ Noreen Antonelli**
    **Michael F. Antonelli**                                    **Noreen A. Antonelli**
    Signature of Debtor 1                                    Signature of Debtor 2

Date    **August 10, 2017**                           Date    **August 10, 2017**

Official Form 108              **Statement of Intention for Individuals Filing Under Chapter 7**              page 2

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | **Michael F. Antonelli** |
| Debtor 2 (Spouse, if filing) | **Noreen A. Antonelli** |
| United States Bankruptcy Court for the: | Northern District of Georgia, Atlanta Division |
| Case number (if known) | |

Check one box only as directed in this form and in Form 122A-1Supp:

☐ 1. There is no presumption of abuse

☑ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:    Calculate Your Current Monthly Income

**1. What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

  ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

  ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| **2.** | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 250.00 | $ 250.00 |
| **3.** | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| **4.** | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3 | $ 0.00 | $ 0.00 |

**5. Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
| --- | --- | --- | --- | --- | --- |
| Gross receipts (before all deductions) | $ 8,083.33 | $ 2,333.33 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | -$ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 8,083.33 | $ 2,333.33 | Copy here -> $ 8,083.33 | $ 2,333.33 |

**6. Net income from rental and other real property**

| | Debtor 1 | | | |
| --- | --- | --- | --- | --- |
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | $ 0.00 |

**7. Interest, dividends, and royalties**

| | | |
| --- | --- | --- |
| | $ 0.00 | $ 0.00 |

Debtor 1    **Antonelli, Michael F. & Antonelli, Noreen A.**    Case number *(if known)* _____
Debtor 2

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

8.  **Unemployment compensation**    $ _____ 0.00    $ _____ 0.00

Do not enter the amount if you contend that the amount received was a benefit under the
Social Security Act. Instead, list it here:

For you ............................................................... $ _____ 0.00

For your spouse ............................................... $ _____ 0.00

9.  **Pension or retirement income.** Do not include any amount received that was a benefit    $ _____ 0.00    $ _____ 0.00
under the Social Security Act.

10. **Income from all other sources not listed above.** Specify the source and amount. Do
not include any benefits received under the Social Security Act or payments received as
a victim of a war crime, a crime against humanity, or international or domestic terrorism.
If necessary, list other sources on a separate page and put the total below.

_____    $ _____ 0.00    $ _____ 0.00

_____    $ _____ 0.00    $ _____ 0.00

Total amounts from separate pages, if any.    + $ _____ 0.00    $ _____ 0.00

11. **Calculate your total current monthly income.** Add lines 2 through 10 for    $ _____ 8,333.33    + $ _____ 2,583.33    = $ _____ 10,916.66
each column. Then add the total for Column A to the total for Column B.

**Total current monthly income**

**Part 2:**    **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ...........    Copy line 11 here=>    $ _____ 10,916.66

Multiply by 12 (the number of months in a year)    x 12

12b. The result is your annual income for this part of the form    12b. $ _____ 130,999.92

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    **GA**

Fill in the number of people in your household.    **2**

Fill in the median family income for your state and size of household.    13. $ _____ 56,301.00
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this
form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐    Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☑    Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A–2.*
Go to Part 3 and fill out Form 122A–2.

**Part 3:**    **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Michael F. Antonelli**    X **/s/ Noreen Antonelli**
**Michael F. Antonelli**    **Noreen A. Antonelli**
Signature of Debtor 1    Signature of Debtor 2

Date **August 10, 2017**    Date **August 10, 2017**
MM / DD / YYYY    MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

| Fill in this information to identify your case: | | Check the appropriate box as directed in lines 40 or 42: |
|---|---|---|
| Debtor 1 | **Michael F. Antonelli** | |
| Debtor 2 (Spouse, if filing) | **Noreen A. Antonelli** | According to the calculations required by this Statement: |
| United States Bankruptcy Court for the: | Northern District of Georgia, Atlanta Division | ■ 1. There is no presumption of abuse. |
| Case number (if known) | | ☐ 2. There is a presumption of abuse. |

☐ Check if this is an amended filing

## Official Form 122A – 2
## Chapter 7 Means Test Calculation                                                      04/16

To fill out this form, you will need your completed copy of *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which additional information applies. On the top any additional pages, write your name and case number (if known).

| **Part 1:** | **Determine Your Adjusted Income** |
|---|---|

1. Copy your total current monthly income. .................... Copy line 11 from Official Form 122A-1 here=>........  $    **10,916.66**

2. **Did you fill out Column B in Part 1 of Form 122A-1?**
   ☐ No.   Fill in $0 for the total on line 3.
   ■ Yes.  Is your spouse Filing with you?
      ☐ No.    Go to line 3.
      ■ Yes.   Fill in $0 the total on line 3.

3. **Adjust your current monthly income by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents.** Follow these steps:

   On line 11, Column B of Form 122A-1, was any amount of the income you reported for your spouse NOT regularly used for the household expenses of you or your dependents?

   ■ No.   Fill in 0 for the total on line 3.
   ☐ Yes.  Fill in the information below:

   | **State each purpose for which the income was used** For example, the income is used to pay your spouse's tax debt or to support other than you or your dependents. | **Fill in the amount you are subtracting from your spouse's income** |
   |---|---|
   | _____ | $ _____ |
   | _____ | $ _____ |
   | _____ | $ _____ |
   | **Total.** ........................................... | $ **0.00** |

   Copy total here=>...  − $    **0.00**

4. **Adjust your current monthly income.** Subtract line 3 from line 1.    $    **10,916.66**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1  **Antonelli, Michael F. & Antonelli, Noreen A.**                          Case number (*if known*) _____

| **Part 2:** | **Calculate Your Deductions from Your Income** |

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted fro your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from income in lines 5 and 6 of form 122A-1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the from refers to *you*, it means both you and your spouse if Column B of Form 122A-1 is filled in.

5.  **The number of people used in determining your deductions from income**

Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

> **2 Living**
> **0 Housing**

| **National Standards** | You must use the IRS National Standards to answer the questions in lines 6-7. |

6.  **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.                     $ _____ 1,132.00

7.  **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories--people who are under 65 and people who are 65 or older--because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

**People who are under 65 years of age**

| 7a. | Out-of-pocket health care allowance per person | $ | 49 |
| 7b. | Number of people who are under 65 | X | 0 |

7c.  **Subtotal.** Multiply line 7a by line 7b.    $ _____ 0.00    Copy here=>    $ ____ 0.00

**People who are 65 years of age or older**

| 7d. | Out-of-pocket health care allowance per person | $ | 117 |
| 7e. | Number of people who are 65 or older | X | 2 |

7f.  **Subtotal.** Multiply line 7d by line 7e.    $ ____ 234.00    Copy here=>    +$ ____ 234.00

7g.  **Total.** Add line 7c and line 7f.    $ ____ 234.00    Copy total here=>  $ ____ 234.00

| Debtor 1<br>Debtor 2 | Antonelli, Michael F. & Antonelli, Noreen A. | Case number (if known) | |
|---|---|---|---|

| **Local Standards** | You must use the IRS Local Standards to answer the questions in lines 8-15. |
|---|---|

Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:

- ■ **Housing and utilities - Insurance and operating expenses**
- ■ **Housing and utilities - Mortgage or rent expenses**

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart.**

To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8.  **Housing and utilities - Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses. ........................................... $ _____601.00

9.  **Housing and utilities - Mortgage or rent expenses:**

9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses........................................ $ _____1,453.00

9b. Total average monthly payment for all mortgages and other debts secured by your home.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of the creditor | Average monthly payment | |
|---|---|---|
| **PNC Bank, N.A.** | $ | 3,316.67 |
| **Wells Fargo** | $ | 24,128.75 |

Total average monthly payment $ 27,445.42    Copy here=>    -$ 27,445.42    Repeat this amount on line 33a.

9c. Net mortgage or rent expense.

Subtract line 9b (total average monthly payment) from line 9a (mortgage or rent expense). If this amount is less than $0, enter $0. ........................    $ 0.00    Copy here=> $ 0.00

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.** $ 0.00

Explain why: _____

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☐ 0. Go to line 14.

■ 1. Go to line 12.

☐ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the Operating Costs that apply for your Census region or metropolitan statistical area. $ 229.00

Debtor 1
Debtor 2   **Antonelli, Michael F. & Antonelli, Noreen A.**                Case number (*if known*) _____

13.  **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1**   **Describe Vehicle 1:** _____

13a.  Ownership or leasing costs using IRS Local Standard...........................................   $   485.00

13b.  Average monthly payment for all debts secured by Vehicle 1.
Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you filed for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| -NONE- | $ |

Total Average Monthly Payment   $   0.00   Copy here =>  -$   0.00   Repeat this amount on line 33b.

13c.  Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. if this amount is less than $0, enter $0...........................   $   485.00   Copy net Vehicle 1 expense here => $   485.00

**Vehicle 2**   **Describe Vehicle 2:** _____

13d.  Ownership or leasing costs using IRS Local Standard................................................   $   0.00

13e.  Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| | $ |

Total Average Monthly Payment   $   Copy here =>  -$   0.00   Repeat this amount on line 33c.

13f.  Net Vehicle 2 ownership or lease expense
Subtract line 13e from line 13d. if this amount is less than $0, enter $0. ........................   $   0.00   Copy net Vehicle 2 expense here => $   0.00

14.  **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.   $   0.00

15.  **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.   $   0.00

---

Official Form 122A-2                **Chapter 7 Means Test Calculation**                page 4

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1  **Antonelli, Michael F. & Antonelli, Noreen A.**          Case number (if known) _____
Debtor 2

| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
|---|---|

16. **Taxes:** The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes, self-employment taxes, Social Security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.

   Do not include real estate, sales, or use taxes.                                                $ ___34.14___

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

   Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.   $ ____0.00___

18. **Life Insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance. Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.   $ ____0.00___

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.

   Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.   $ ____0.00___

20. **Education:** The total monthly amount that you pay for education that is either required:

   ■ as a condition for your job, or

   ■ for your physically or mentally challenged dependent child if no public education is available for similar services.   $ ____0.00___

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.

   Do not include payments for any elementary or secondary school education.                        $ ____0.00___

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.

   Payments for health insurance or health savings accounts should be listed only in line 25.       $ ____0.00___

23. **Optional telephone and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.

   Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 122A-1, or any amount you previously deducted.   +$ ____0.00___

24. **Add all of the expenses allowed under the IRS expense allowances.**   $ __2,715.14__

   Add lines 6 through 23.

Debtor 1
Debtor 2   **Antonelli, Michael F. & Antonelli, Noreen A.**          Case number (*if known*) _____

| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. |
| --- | --- |
| | *Note:* Do not include any expense allowances listed in lines 6-24. |

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

Health insurance                                      $ _____0.00

Disability insurance                                  $ _____0.00

Health savings account                           + $ _____0.00

Total                              $ _____0.00     Copy total here=>                    $ _____0.00

Do you actually spend this total amount?

☐ No. How much do you actually spend?

■ Yes                                           $ _____

26. **Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C.§ 529A(b).                                    $ _____0.00

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.

By law, the court must keep the nature of these expenses confidential.                                    $ _____0.00

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.

If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs.

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.                                    $ _____0.00

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $160.42* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.

You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

* Subject to adjustment on 4/01/19, and every 3 years after that for cases begun on or after the date of adjustment.                                    $ _____0.00

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.

To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.                                    $ _____0.00

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 26 U.S.C. § 170(c)(1)-(2).                              + $ _____0.00

32. **Add all of the additional expense deductions.**
Add lines 25 through 31.                                    $ _____0.00

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2 __Antonelli, Michael F. & Antonelli, Noreen A._____    Case number (*if known*) _____

| Deductions for Debt Payment |
|---|

**33.** **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

|  | | Average monthly payment |
|---|---|---|
| | Mortgages on your home: | |
| 33a. | Copy line 9b here                                    => | $ 27,445.42 |
| | Loans on your first two vehicles: | |
| 33b. | Copy line 13b here                                   => | $ 0.00 |
| 33c. | Copy line 13e here                                   => | $ 0.00 |

33d.  List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| -NONE- | | ☐ No ☐ Yes | $ |
| | | ☐ No ☐ Yes | $ |
| | | ☐ No ☐ Yes | +$ |

| 33e. | Total average monthly payment. Add lines 33a through 33d | $ 27,445.42 | Copy total here=> | $ 27,445.42 |
|---|---|---|---|---|

**34.** **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

■ No.  Go to line 35.
☐ Yes.  State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| -NONE- | | $ | ÷ 60 = | $ |

| | | Total | $ 0.00 | Copy total here=> | $ 0.00 |
|---|---|---|---|---|---|

**35.** **Do you owe any priority claims such as a priority tax, child support, or alimony – that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☐ No.  Go to line 36.
■ Yes.  Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims  $ 137,474.40  ÷ 60 = $ 2,291.24

Debtor 1    **Antonelli, Michael F. & Antonelli, Noreen A.**    Case number (*if known*) _____
Debtor 2

36. **Are you eligible to file a case under Chapter 13?** 11 U.S.C. § 109(e).
For more information, go online using the link for *Bankruptcy Basics* specified in the separate instructions for this form. *Bankruptcy Basics* may also be available at the bankruptcy clerk's office.

☐ No.    Go to line 37.

☐ Yes.    Fill in the following information.

Projected monthly plan payment if you were filing under Chapter 13    $ _____

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).    X _____

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

Average monthly administrative expense if you were filing under Chapter 13    $ _____    Copy total here=>  $ _____

37. **Add all of the deductions for debt payment.**
Add lines 33e through 36.    $  **29,736.66**

**Total Deductions from Income**

38. **Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances*    $  **2,715.14**

Copy line 32, *All of the additional expense deductions*    $  **0.00**

Copy line 37, *All of the deductions for debt payment*    +$  **29,736.66**

Total deductions    $  **32,451.80**    Copy total here...........=>  $  **32,451.80**

**Part 3:**    **Determine Whether There is a Presumption of Abuse**

39. **Calculate monthly disposable income for 60 months**

39a. Copy line 4, *adjusted current monthly income*    $  **10,916.66**

39b. Copy line 38, *Total deductions*    - $  **32,451.80**

39c. Monthly disposable income. 11 U.S.C. § 707(b)(2).
Subtract line 39b from line 39a.    $  **0.00**    Copy here=>$  **0.00**

For the next 60 months (5 years)    x 60

39d. **Total.** Multiply line 39c by 60    $  **0.00**    Copy here=>  $  **0.00**

40. **Find out whether there is a presumption of abuse.** Check the box that applies:

☐ **The line 39d is less than $7,700\*.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

☐ **The line 39d is more than $12,850\*.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Go to Part 5.

☐ **The line 39d is at least $7,700\*, but not more than $12,850\*.** Go to line 41.

\*Subject to adjustment on 4/01/19, and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1
Debtor 2   **Antonelli, Michael F. & Antonelli, Noreen A.**                    Case number (*if known*) _____

---

| 41. | 41a. | **Fill in the amount of your total nonpriority unsecured debt.** If you filled out *A Summary of Your Assets and Liabilities and Certain Statistical Information Schedules* (Official Form 106Sum), you may refer to line 3b on that form. | 41a. $ _____ |

|  | x | .25 |

| | 41b. | **25% or your total nonpriority unsecured debt. 11 U.S.C. § 707(b)(2)(A)(i)(l)** |
| | | Multiply line 41a by 0.25...................................................... |

$ _____   **Copy here=>**   $ _____

42. **Determine whether the income you have left over after subtracting all allowed deductions is enough to pay 25% of your unsecured, nonpriority debt.**
Check the box that applies:

☐ **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

☐ **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

| **Part 4:** | **Give Details About Special Circumstances** |

43. **Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

■ No. Go to Part 5.

☐ Yes. Fill in the following information. All figures should reflect your average monthly expense or income adjustment for each item. You may include expenses you listed in line 25.

You must give a detailed explanation of the special circumstances that make the expenses or income adjustments necessary and reasonable. You must also give your case trustee documentation of your actual expenses or income adjustments.

| Give a detailed explanation of the special circumstances | Average monthly expense or income adjustment |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

| **Part 5:** | **Sign Below** |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Michael F. Antonelli** _____      X **/s/ Noreen Antonelli** _____
  **Michael F. Antonelli**                              **Noreen A. Antonelli**
  Signature of Debtor 1                                 Signature of Debtor 2

Date **August 10, 2017** _____      Date **August 10, 2017** _____
  MM / DD / YYYY                                  MM / DD / YYYY

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re    Antonelli, Michael F. & Antonelli, Noreen A.

_____
                              Debtor(s)

Case No. _____

Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,000.00 |
| Prior to the filing of this statement I have received | $ | 7,000.00 |
| Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

      ☐ Debtor        ■ Other (specify):    **David Antonelli**

3.    The source of compensation to be paid to me is:

      ■ Debtor        ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law
         firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
         copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Adversary proceedings, contested matters, and Rule 2004 examinations shall be billed at normal hourly rates.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**August 10, 2017**
_____
_Date_

**/s/ John A. Christy**
_____
**John A. Christy**
_Signature of Attorney_
**Schreeder, Wheeler & Flint, LLP**

**1100 Peachtree St NE Ste 800**
**Atlanta, GA 30309-4516**

**jchristy@swfllp.com**
_Name of law firm_

---

**United States Bankruptcy Court**
**Northern District of Georgia, Atlanta Division**

IN RE:                                                                Case No. _____

Antonelli, Michael F. & Antonelli, Noreen A.                         Chapter **7** _____
_____
                    Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **August 10, 2017** _____    Signature: **/s/ Michael F. Antonelli** _____
                                                         **Michael F. Antonelli**                              Debtor

Date: **August 10, 2017** _____    Signature: **/s/ Noreen Antonelli** _____
                                                         **Noreen Antonelli**                    Joint Debtor, if any

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

American Express
PO Box 9001108
Louisville, KY  40290-1108


Ariel Bouskila/ABF Servicing
40 Exchange Pl
New York, NY  10005-2701


Atlanta National Golf Club
PO Box 580024
Charlotte, NC  28258-0024


Atlanta National LLC
13510 Providence Lake Dr
Milton, GA  30004-7501


Bank of America Corporation
CT Corporation System
289 S Culver St
Lawrenceville, GA  30046-4805


BB&T Insurance Services, Inc.
1887 Highway 20 SE Ste 200
Conyers, GA  30013-2047


BellSouth
289 S Culver St
Lawrenceville, GA  30046-4805

Branch Banking & Trust Company
Reg. Agent: CT Corporation System
289 S Culver St
Lawrenceville, GA   30046-4805


C2C Resources, LLC
3500 N Causeway Blvd Ste 300
Metairie, LA   70002-3502


Charter Communications/ Spectrum
Corporation Service Company
40 Technology Pkwy S Ste 300
Norcross, GA   30092-2924


CHASE
PO Box 15123
Wilmington, DE   19850-5123


Chatham Park Community Association, Inc.
c/o Heritage Property Management
500 Sugar Mill Rd Bldg B
Atlanta, GA   30350-2865


Cincinnati Insurance
Bernie Kistler
3740 Davinci Ct Ste 460
Peachtree Corners, GA   30092-7614

CIT Direct Capital
155 Commerce Way
Portsmouth, NH  03801-3243


Citi
PO Box 6077
Sioux Falls, SD  57117-6077


Citigroup, Inc.
C T CORPORATION SYSTEM
111 8th Ave
New York, NY  10011-5201


City of Roswell, Georgia
38 Hill St Ste 130
Roswell, GA  30075-4537


David Antonelli
110 Horatio St Apt 517
New York, NY  10014-1579


Discover
PO Box 71084
Charlotte, NC  28272-1084


Dr. W. Thomas Reed
755 Mount Vernon Hwy NE Ste 500
Atlanta, GA  30328-4280

Emory/St. Josephs
PO Box 660827
Dallas, TX  75266-0827


Emory/St. Josephs, Inc.
C/O Emory Healthcare, Inc., WHSCAB,
1440 Clifton Rd NE Rm 400
Atlanta, GA  30322-1053


Extremity Healthcare
900 Circle 75 Pkwy SE Ste 900
Atlanta, GA  30339-3084


First Pro
1302 Fenner Ct
Franklin, TN  37067-8537


Forward Financing
36 Bromfield St Fl 2
Boston, MA  02108-5221


Fox Capital
140 Broadway Fl 46
New York, NY  10005-1155


Fulton County Board of Tax Assessors
235 Peachtree St NE Ste 1400
Atlanta, GA  30303-1402

Fulton County Finance Dept.
141 Pryor St SW Ste 7001
Atlanta, GA  30303-3468


Fulton County Tax Commissioner
141 Pryor St SW
Atlanta, GA  30303-3444


Georgia Natural Gas
PO Box 440667
Kennesaw, GA  30160-9533


Georgia Natural Gas Company
10 Peachtree Pl NE
Atlanta, GA  30309-4497


Georgia Power
241 Ralph McGill Blvd NE # B-10180
Atlanta, GA  30308-3374


Hoover Funding
57 W 38th St Rm 402
New York, NY  10018-1921


HOP Capital
1022 Avenue M
Brooklyn, NY  11230-4712

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA   19101-7346


IPIPELINE
222 Valley Creek Blvd Ste 300
Exton, PA   19341-2385


JONES & KOLB
3475 Piedmont Rd NE Ste 1500
Atlanta, GA   30305-2913


JP Morgan Chase & Co.
CT Corporation System
289 S Culver St
Lawrenceville, GA   30046-4805


Kabbage, Inc. / Celtic Bank
National Registered Agents
289 S Culver St
Lawrenceville, GA   30046-4805


Kings Cash Group
30 Broad St Ste 1201
New York, NY   10004-2902


Lendio Loan
10235 S Jordan Gtwy Ste 410
South Jordan, UT   84095-4188

Lexus Financial Services
PO Box 4102
Carol Stream, IL   60197-4102


MCA Recovery LLC
17 State St Ste 4000
New York, NY   10004-1508


Navient
PO Box 9533
Wilkes Barre, PA   18773-9533


Neiman Marcus
PO Box 85619
Richmond, VA   23285-5619


North DeKalb Electric, Inc.
3810 Beya Way
Atlanta, GA   30340-4525


NORTHERN ARC EXECUTIVE SERVICES INC.
c/o Mohammad Hoque
2655 Kingsbrooke Ln
Duluth, GA   30097-7392


Northwest Exterminators
830 Kennesaw Ave NW
Marietta, GA   30060-1006

```
PNC Bank, N.A.
Corporation Service Company
40 Technology Pkwy S Ste 300
Norcross, GA  30092-2924


Public Storage
530 S Main St
Alpharetta, GA  30009-1920


Reliable Fast Cash / Business Capital LL
2 Rector St
New York, NY  10006-1819


Robert Tommy Brigman
571 Ledford Rd
Dillard, GA  30537-1759


Saks 5th Avenue
PO Box 5224
Carol Stream, IL  60197-5224


TVT Capital
30 Wall St Ste 801
New York, NY  10005-2201


Unique Funding Solutions
1672 E 22nd St Apt 5A
Brooklyn, NY  11229-1544
```

Vadim Barbarovich
Marshall, City of New York
1517 Voorhies Ave Ste 3R
Brooklyn, NY  11235-3919


VERIZON WIRELESS
CT Corporation System
289 S Culver St
Lawrenceville, GA  30046-4805


Wells Fargo
PO Box 77053
Minneapolis, MN  55480-7753


Wells Fargo
PO Box 10335
Des Moines, IA  50306-0335


Wells Fargo Bank, N.A.
Corporation Service Company
40 Technology Pkwy S Ste 300
Norcross, GA  30092-2924


Yale Club
50 Vanderbilt Ave
New York, NY  10017-3803


Yellowstone Captial
30 Broad St Fl 14
New York, NY  10004-2906

Zachter PLLC
30 Wall St Fl 8
New York, NY  10005-2205