

**IT IS ORDERED as set forth below:**

**Date: February 27, 2018**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 17-64177-PMB** |
| | ) | |
| **MICHAEL F. ANTONELLI and** | ) | **CHAPTER 7** |
| **NOREEN A. ANTONELLI,** | ) | |
| | ) | |
|     **Debtors.** | ) | |
| | ) | |

## ORDER

This matter came before the Court for hearing on February 26, 2018 on the *Trustee's Motion for Entry of an Order Authorizing the Sale To Debtors of Certain Personal Property and 2001 Lexus IS* [Document No. 39] (the "Motion") filed January 24, 2018, by Neil C. Gordon, Chapter 7 Trustee for the estates of Michael F. Antonelli and Noreen Antonelli (the "Trustee"). It appears to the Court that all creditors and parties in interest were given notice of the hearing on the Motion and that no creditor or party in interest filed an objection to the Motion or appeared at the hearing on the Motion. Good cause having been shown it is hereby

11914165v1

ORDERED that the Motion is granted and the Trustee is authorized to sell property of the estate to the Debtors pursuant to the terms set forth in the Motion which are approved by and made part of this Order.

[END OF DOCUMENT]

Signatures on following page.

Prepared and presented by:

ARNALL GOLDEN GREGORY LLP

By: _/s/ Neil C. Gordon_
    Neil C. Gordon
    State Bar No. 302387
171 17th Street, N.W.
Suite 2100
Atlanta, Georgia 30363-1031
Telephone: (404) 873-8500
Email: Neil.Gordon@agg.com
Attorneys for Chapter 7 Trustee

11914165v1

## DISTRIBUTION LIST

Neil C. Gordon
Arnall Golden Gregory, LLP
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363-1031

Office of the United States Trustee
Room 362, Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Jonathan A. Akins
Schreeder, Wheeler & Flint, LLP
Suite 800
1100 Peachtree Street, NE
Atlanta, GA 30309

Michael F. Antonelli
3020 Lancaster Square
Roswell, GA 30076

Noreen A. Antonelli
3020 Lancaster Square
Roswell, GA 30076

11914165v1