UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
|  | ) |  |
|  | ) | CASE NO. 17-64177-PMB |
| MICHAEL F. ANTONELLI and | ) |  |
| NOREEN A. ANTONELLI, | ) |  |
|  | ) |  |
| Debtors. | ) |  |
| ------------------------------- | ) | ------------------------------- |
|  | ) |  |
| NEIL C. GORDON, Chapter 7 Trustee for | ) |  |
| the Estates of Michael F. Antonelli and | ) |  |
| Noreen A. Antonelli, | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) | CONTESTED MATTER |
|  | ) |  |
| PNC BANK, N.A. f/k/a | ) |  |
| RBC CENTURA BANK, | ) |  |
| WELLS FARGO BANK, N.A., | ) |  |
| CHATHAM PARK COMMUNITY | ) |  |
| ASSOCIATION, INC., | ) |  |
| FULTON COUNTY TAX COMMISSIONER, | ) |  |
| MICHAEL F. ANTONELLI and | ) |  |
| NOREEN A. ANTONELLI, | ) |  |
|  | ) |  |
| Respondents. | ) |  |
|  | ) |  |

**NOTICE OF HEARING**

**NOTICE IS HEREBY GIVEN**, pursuant to Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c), and 9014 that Neil C. Gordon, Chapter 7 Trustee ("**Trustee**") for the bankruptcy estates (the "**Bankruptcy Estate**") of Michael F. Antonelli and Noreen A. Antonelli (together "**Debtors**"), has filed *Trustee's Motion for (I) Authority to (A) Sell Property of the Bankruptcy Estate Free and Clear of Liens, Interests, and Encumbrances, and (B) Disburse Certain Proceeds at Closing, and (II) Approval of Surcharge under 11 U.S.C. Section 506 (c)*

12406887v1

(the "**Sale Motion**") proposing to sell (the "**Sale**") that certain real property commonly known as 3020 Lancaster Square, Roswell, Fulton County, Georgia 30076 (the "**Property**"), pursuant to 11 U.S.C. §§ 363(b) and (f) to Mihnea Ion Nastase and Karen Davis Nastase (together, the "**Purchasers**"), "as is, where is," for a sale price of $1,100,000.00 (the "**Purchase Price**"), subject to Bankruptcy Court approval (the "**Contract**").  A true and correct copy of the Contract is attached and marked as Exhibit "A" to the Sale Motion, and incorporated herein by reference.

Trustee moves for authority to have all gross sale proceeds paid to him at closing and for authority to have those items paid at closing as specifically described in the Sale Motion. All other distributions will be pursuant to further order of the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Sale Motion in **Courtroom 1202 Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, at 2:00 p.m. on July 30, 2018.**

The Sale Motion is available for review in the Clerk's Office, United States Bankruptcy Court, during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

The proposed sale of the Property is one not in the ordinary course of business, as provided by 11 U.S.C. § 363(b).  Trustee seeks to sell the Property free and clear of all liens, claims, and interests as provided by 11 U.S.C. § 363(f).  Trustee moves for authority to have paid at closing those liens and costs specifically set forth in the Sale Motion.  All valid, perfected, and unavoidable liens that Trustee does not propose to pay at closing shall attach to the Sale proceeds with the same validity, extent, and priority that they had in the Property.

The proposed Contract includes a Purchase Price of $1,100,000.00 is the highest and best offer that Trustee has received, is subject no contingencies whatsoever, and represents an appropriate selling price for the Property. Trustee invites any and all competing cash offers to be submitted which exceed the present Contract by **at least $15,000.00,** supported by earnest money of **at least two percent (2%) of the bid price,**

12406887v1

**with no contingencies, and the ability to close within ten (10) days.**

Your rights may be affected by the Court's ruling on the Sale Motion. You should read the Sale Motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.). If you do not want the Court to grant the relief sought in the Sale Motion or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the Sale Motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.  You must also mail a copy of your response to counsel for Trustee at the address stated below.

Dated:  July 3, 2018                                    ARNALL GOLDEN GREGORY, LLP
*Attorneys for Trustee*

By: */s/ Neil C. Gordon*
   Neil C. Gordon
   Georgia Bar No. 302387
   neil.gordon@agg.com

171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363-1031
Tele: (404) 873-8500
Fax: (404) 873-8501

12406887v1

## Certificate Service

This is to certify that I, Neil C. Gordon, am over the age of 18 and that, I served a copy of the forgoing *Notice of Hearing* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery by first class United States Mail to the following persons at the addresses stated:

*Via First Class Mail:*

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Wells Fargo Bank, N.A.
C/o Ciro A. Mestres
Aldridge Pite, LLP
Fifteen Piedmont Center
3475 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305

Chatham Park Community Association, Inc. c/o Heritage Property Management Services, Inc.
500 Sugar Mill Road
Building B, Suite 200
Atlanta, GA 30350

Arthur E. Ferdinand
Fulton County Tax Commissioner
141 Pryor Street
Atlanta, GA 30303

Jonathan A. Akins
Schreeder, Wheeler & Flint, LLP
Suite 800,
1100 Peachtree Street, NE
Atlanta, GA 30309

Michael F. Antonelli
10 Crestmont Road, Apartment 5R
Montclair, NJ 07042

Noreen A. Antonelli
10 Crestmont Road, Apartment 5R
Montclair, NJ 07042

Michael Campbell
ATTENTION: Denise Hammock
Campbell & Brannon, LLC
5565 Glenridge Connector
Suite 350
Atlanta, Georgia 30342

12406887v1

*<u>Via First Class Mail and Certified Mail:</u>*

William S. Demchak, President/CEO
PNC Bank, N.A.
222 Delaware Avenue
Wilmington, DE 19899

Timothy J. Sloan, President and CEO
Wells Fargo Bank, N.A.
420 Montgomery Street, 12th Floor
San Francisco, CA 94163

William S. Demchak, President/CEO
PNC Bank, N.A.
The Tower at PNC Plaza
300 Fifth Avenue
Pittsburgh, PA 152222

Timothy J. Sloan, President and CEO
Wells Fargo Bank, N.A.
101 N. Phillips Avenue
Sioux Falls, SD 57104

This is to certify further that I, Neil C. Gordon, have this day served copies of the foregoing Notice of Hearing by first class United States mail on all those entities set forth on the attached Exhibit "A" at the addresses stated.

This 3nd day of July, 2018.

*/s/ Neil C. Gordon*
Neil C. Gordon
Georgia Bar No. 302387

12406333v1

# EXHIBIT "A" FOLLOWS

12406887v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 17-64177-pmb<br>Northern District of Georgia<br>Atlanta<br>Mon Jul  2 14:39:47 EDT 2018 | A. Todd Sprinkle<br>Parker Poe Adams & Bernstein LLP<br>1180 Peachtree Street, Suite 1800<br>Atlanta, GA 30309-7512 | Adam J. Pernsteiner<br>Lewis Brisbois Bisgaard & Smith LLP<br>6385 S, Rainbow Blvd., Suit 600<br>Las Vegas, NV 89118-3201 |
| Jonathan A Akins<br>Schreeder, Wheeler & Flint, LLP<br>Suite 800<br>1100 Peachtree Street NE<br>Atlanta, GA 30309-4516 | American Express<br>PO Box 9001108<br>Louisville, KY 40290-1108 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Michael F. Antonelli<br>10 Crestmont Rd Apt 5R<br>Montclair, NJ 07042-1936 | Noreen A Antonelli<br>10 Crestmont Rd Apt 5R<br>Montclair, NJ 07042-1936 |
| Ariel Bouskila/ABF Servicing<br>40 Exchange Pl<br>New York, NY 10005-2701 | Arnall Golden Gregory, LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031 | Atlanta National Golf Club<br>Canongate Golf Club<br>924 Shaw Rd.<br>Sharpsburg GA 30277-1617 |
| Atlanta National Golf Club<br>PO Box 580024<br>Charlotte, NC 28258-0024 | Atlanta National LLC<br>13510 Providence Lake Dr<br>Milton, GA 30004-7501 | BB&T Insurance Services, Inc.<br>1887 Highway 20 SE Ste 200<br>Conyers, GA 30013-2047 |
| Bank Of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 | Bank of America Corporation<br>CT Corporation System<br>289 S Culver St<br>Lawrenceville, GA 30046-4805 | BellSouth<br>289 S Culver St<br>Lawrenceville, GA 30046-4805 |
| (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | Branch Banking & Trust Company<br>Reg. Agent: CT Corporation System<br>289 S Culver St<br>Lawrenceville, GA 30046-4805 | Branch Banking and Trust Company<br>c/o A. Todd Sprinkle<br>1180 Peachtree Street, Suite 1800<br>Atlanta, GA 30309-7512 |
| C2C Resources, LLC<br>3500 N Causeway Blvd Ste 300<br>Metairie, LA 70002-3502 | CHASE<br>PO Box 15123<br>Wilmington, DE 19850-5123 | CIT Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 |
| Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Charter Communications/ Spectrum<br>Corporation Service Company<br>40 Technology Pkwy S Ste 300<br>Norcross, GA 30092-2924 | Chatham Park Community Association, Inc.<br>c/o Heritage Property Management<br>500 Sugar Mill Rd Bldg B<br>Atlanta, GA 30350-2865 |
| John A. Christy<br>Schreeder, Wheeler & Flint, LLP<br>1100 Peachtree Street<br>Suite 800<br>Atlanta, GA 30309-4516 | Cincinnati Insurance<br>Bernie Kistler<br>3740 Davinci Ct Ste 460<br>Peachtree Corners, GA 30092-7614 | Citi<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 |

| | | |
|---|---|---|
| Citigroup, Inc.<br>C T CORPORATION SYSTEM<br>111 8th Ave<br>New York, NY 10011-5201 | City of Roswell, Georgia<br>38 Hill St Ste 130<br>Roswell, GA 30075-4537 | Coldwell Banker Residential Brokerage and Ro<br>5591 Chamblee Dunwoody Road<br>Building 1300, Suite 100<br>Atlanta, GA 30338-4176 |
| David Antonelli<br>110 Horatio St Apt 517<br>New York, NY 10014-1579 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Direct Capital a Division Of CIT Bank, N.A.<br>155 Commerce Way<br>Portsmouth NH 03801-3243 |
| Discover<br>PO Box 71084<br>Charlotte, NC 28272-1084 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Dr. W. Thomas Reed<br>755 Mount Vernon Hwy NE Ste 500<br>Atlanta, GA 30328-4280 |
| Emory/St. Josephs<br>PO Box 660827<br>Dallas, TX 75266-0827 | Emory/St. Josephs, Inc.<br>C/O Emory Healthcare, Inc., WHSCAB,<br>1440 Clifton Rd NE Rm 400<br>Atlanta, GA 30322-1053 | Extremity Healthcare<br>900 Circle 75 Pkwy SE Ste 900<br>Atlanta, GA 30339-3084 |
| First Pro<br>1302 Fenner Ct<br>Franklin, TN 37067-8537 | Forward Financing<br>36 Bromfield St Fl 2<br>Boston, MA 02108-5221 | Fox Capital<br>140 Broadway Fl 46<br>New York, NY 10005-1155 |
| Fulton County Board of Tax Assessors<br>235 Peachtree St NE Ste 1400<br>Atlanta, GA 30303-1402 | Fulton County Finance Dept.<br>141 Pryor St SW Ste 7001<br>Atlanta, GA 30303-3468 | Fulton County Tax Commissioner<br>141 Pryor St SW<br>Atlanta, GA 30303-3446 |
| Fulton County Tax Commissioner<br>141 Pryor St Suite 1113<br>Atlanta, GA 30303-3566 | Georgia Natural Gas<br>P.O. Box 105445<br>Atlanta, Ga. 30348-5445 | Georgia Natural Gas<br>PO Box 440667<br>Kennesaw, GA 30160-9533 |
| Georgia Natural Gas Company<br>10 Peachtree Pl NE<br>Atlanta, GA 30309-4497 | Georgia Power<br>241 Ralph McGill Blvd NE # B-10180<br>Atlanta, GA 30308-3374 | Neil C Gordon<br>Arnall, Golden & Gregory, LLP<br>Suite 2100<br>171 17th Street, NW<br>Atlanta, GA 30363-1031 |
| Neil C. Gordon<br>Arnall Golden Gregory LLP<br>Suite 2100<br>171 17th Street, NW<br>Atlanta, GA 30363-1031 | HOP Capital<br>1022 Avenue M<br>Brooklyn, NY 11230-4712<br>Internal Revenue Service 11230-4712 | Hoover Funding<br>57 W 38th St Rm 402<br>New York, NY 10018-1921 |
| Hoover Funding, LLC<br>C/o Adam J. Pernsteiner<br>Lewis Brisbois Bisgaard & Smith LLP<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118-3201 | IPIPELINE<br>222 Valley Creek Blvd Ste 300<br>Exton, PA 19341-2385 | JONES & KOLB<br>3475 Piedmont Rd NE Ste 1500<br>Atlanta, GA 30305-2913 |

| | | |
|---|---|---|
| JP Morgan Chase & Co.<br>CT Corporation System<br>289 S Culver St<br>Lawrenceville, GA 30046-4805 | Kabbage, Inc. / Celtic Bank<br>National Registered Agents<br>289 S Culver St<br>Lawrenceville, GA 30046-4805 | Kings Cash Group<br>30 Broad St Ste 1201<br>New York, NY 10004-2902 |
| Lendio Loan<br>10235 S Jordan Gtwy Ste 410<br>South Jordan, UT 84095-4188 | Lexus Financial Services<br>PO Box 4102<br>Carol Stream, IL 60197-4102 | MCA Recovery LLC<br>17 State St Ste 4000<br>New York, NY 10004-1508 |
| Ciro A. Mestres<br>Aldridge Pite, LLP<br>Suite 500 - Fifteen Piedmont Center<br>3575 Piedmont Road, NE<br>Atlanta, GA 30305-1636 | NORTHERN ARC EXECUTIVE SERVICES INC.<br>c/o Mohammad Hoque<br>2655 Kingsbrooke Ln<br>Duluth, GA 30097-7392 | Navient<br>PO Box 9533<br>Wilkes Barre, PA 18773-9533 |
| Navient Solutions, LLC<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1430 | Neiman Marcus<br>PO Box 85619<br>Richmond, VA 23285-5619 | North DeKalb Electric, Inc.<br>3810 Beya Way<br>Atlanta, GA 30340-4525 |
| Northwest Exterminators<br>830 Kennesaw Ave NW<br>Marietta, GA 30060-1006 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | PNC Bank, N.A.<br>Corporation Service Company<br>40 Technology Pkwy S Ste 300<br>Norcross, GA 30092-2924 |
| Public Storage<br>530 S Main St<br>Alpharetta, GA 30009-1920 | Reliable Fast Cash / Business Capital LL<br>262A Albany Ave.<br>Brooklyn, NY 11213 | Robert Tommy Brigman<br>571 Ledford Rd<br>Dillard, GA 30537-1759 |
| Saks 5th Avenue<br>PO Box 5224<br>Carol Stream, IL 60197-5224 | Chad R. Simon<br>Buckley Madole P.C.<br>P. O. Box 80727<br>Atlanta, GA 30366-0727 | Allen Todd Sprinkle<br>Parker Poe<br>1180 Peachtree Street NE<br>Ste 3300<br>Atlanta, GA 30309-7540 |
| Stonebridge Accounting & Forensics LLC<br>Spence A. Shumway, CPA<br>P.O. Box 1290<br>Grayson, GA 30017-0025 | TVT Capital<br>30 Wall St Ste 801<br>New York, NY 10005-2201 | Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | Unique Funding Solutions<br>1672 E 22nd St Apt 5A<br>Brooklyn, NY 11229-1544 | VERIZON WIRELESS<br>CT Corporation System<br>289 S Culver St<br>Lawrenceville, GA 30046-4805 |
| Vadim Barbarovich<br>Marshall, City of New York<br>1517 Voorhies Ave Ste 3R<br>Brooklyn, NY 11235-3970 | Wells Fargo<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Wells Fargo<br>PO Box 77053<br>Minneapolis, MN 55480-7753 |

```
Wells Fargo Bank, N.A.              Wells Fargo Bank, N.A.              Yale Club
Corporation Service Company         Wells Fargo Card Services           50 Vanderbilt Ave
40 Technology Pkwy S Ste 300        PO Box 10438, MAC F8235-02F         New York, NY 10017-3878
Norcross, GA 30092-2924             Des Moines, IA 50306-0438


Yellowstone Captial                 Zachter PLLC
30 Broad St Fl 14                   30 Wall St Fl 8
New York, NY 10004-2906             New York, NY 10005-2205
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Branch Banking & Trust Company
Bankruptcy Section 100-50-01-51
P.O. Box 1847, 100-50-01-51
Wilson, NC 27894-1847
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)American Express Centurion Bank  (u)BRANCH BANKING & TRUST COMPANY (BB&T)   (d)Neil C. Gordon
c/o Becket and Lee LLP                                                          Arnall, Golden & Gregory, LLP
PO Box 3001                                                                     Suite 2100
Malvern  PA 19355-0701                                                          171 17th Street, NW
                                                                                Atlanta, GA 30363-1031


(u)Toyota Motor Credit Corporation  (u)Wells Fargo Bank, N.A.                   End of Label Matrix
                                                                                Mailable recipients    94
                                                                                Bypassed recipients     5
                                                                                Total                  99
```