UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| | ) | CASE NO. 17-64177-PMB |
| MICHAEL F. ANTONELLI and | ) | |
| NOREEN A. ANTONELLI, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| NEIL C. GORDON, Chapter 7 Trustee for the Estates of Michael F. Antonelli and Noreen A. Antonelli, | ) ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| PNC BANK, N.A. f/k/a RBC CENTURA BANK, WELLS FARGO BANK, N.A., CHATHAM PARK COMMUNITY ASSOCIATION, INC., FULTON COUNTY TAX COMMISSIONER, MICHAEL F. ANTONELLI and NOREEN A. ANTONELLI, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Respondents. | ) ) | |

**TRUSTEE'S NOTICE OF INTENT TO REPLY**

COMES NOW Neil C. Gordon, as Chapter 7 Trustee for the bankruptcy estates of Michael F. Antonelli and Noreen A. Antonelli ("**Trustee**"), by and through undersigned counsel, and files this *Notice of Intent to Reply* ("**Notice of Intent**"), and respectfully shows the Court as follows:

12496289v1

1. On July 3, 2018, Trustee filed *Trustee's Motion for (I) Authority to (A) Sell Property of the Bankruptcy Estate Free and Clear of Liens, Interests, and Encumbrances and (B) Disburse Certain Proceeds at Closing, and (II) Approval of Surcharge Under 11 U.S.C. Section 506(c)* [Doc. No. 45] (the "**Sale Motion**").[1]

2. The Sale Motion came on for hearing before the Bankruptcy Court on July 30, 2018 (the "**Hearing**").

3. At the Hearing, Trustee argued for the first time that, if the interest of PNC in the Property has priority over the interest of Wells Fargo, he could sell the Property free and clear of the interest of Wells Fargo under 11 U.S.C. § 363(f)(5).

4. The Court asked Trustee to supplement the Sale Motion with legal authority for this argument.

5. On July 31, 2018, Trustee filed his *Supplement* [Doc. No. 51] to the Sale Motion.

6. On July 31, 2018, Wells Fargo filed its *Supplemental Response* [Doc. No. 52] to the Sale Motion (the "**Supplemental Response**").

7. Trustee hereby files this Notice of Intent so that the Court is aware that Trustee intends to file a reply to Wells Fargo's Supplemental Response by the end of the day today, August 1, 2018.

---

[1] Capitalized terms not defined in this Supplement shall have the meanings ascribed to them in the Sale Motion.

12496289v1

Respectfully submitted this 1st day of August, 2018.

        ARNALL GOLDEN GREGORY, LLP
        *Attorneys for Trustee*

        By: */s/ Michel J. Bargar*
            Michael J. Bargar
            Georgia Bar No. 645709
        171 17th Street, NW, Suite 2100
        Atlanta, Georgia 30363-1031
        Tele: (404) 873-8500 / Fax: (404) 873-8501

12496289v1

## CERTIFICATE SERVICE

      This is to certify that I, Michael J. Bargar, am over the age of 18 and that on this day I have caused to be served a copy of the forgoing *Notice of Intent to Reply* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery by first class United States Mail to the following persons at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Bret J. Chaness
Rublin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

      This 1st day of August, 2018.

                                                          */s/ Michael J. Bargar*
                                                          Michael J. Bargar
                                                          Georgia Bar No. 645709

12496289v1