LAW OFFICES
McCALLA RAYMER LEIBERT PIERCE, LLC
BANKRUPTCY DEPARTMENT
1544 Old Alabama Road
<u>Roswell,  GA 30076</u>
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

August 31, 2018

Clerk, United States Bankruptcy Court
75 Ted Turner Drive S.W., Suite 1340
Atlanta, GA 30303

<b><u>REQUEST FOR SERVICE OF NOTICES</u></b>

RE:

| | |
|---|---|
| Debtors | Michael F. Antonelli and Noreen A Antonelli |
| Case Number | 17-64177 |
| Chapter | 7 |
| Secured Creditor | PNC Bank, National Association |
| Loan Number | XXXXXX6914 |

Dear Sir / Madam:

    Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

    PNC Bank, National Association
    c/o McCALLA RAYMER LEIBERT PIERCE, LLC
    Bankruptcy Department
    1544 Old Alabama Road
    Roswell, GA 30076

    Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

    We appreciate your courtesy in this matter.   If you have any questions, please do not hesitate to call me.

    Very Truly Yours,

    /s/ A. Michelle Hart Ippoliti
    c/o McCALLA RAYMER LEIBERT PIERCE, LLC
    1544 Old Alabama Road
    Roswell, GA   30076
    Phone: 678-281-6537
    Email: Michelle.HartIppoliti@mccalla.com
    Attorney Bar No: 334291