

**IT IS ORDERED as set forth below:**

**Date: April 30, 2019**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-64177-PMB |
| | : | |
| MICHAEL F. ANTONELLI and | : | CHAPTER 7 |
| NOREEN A. ANTONELLI, | : | |
| | : | |
| Debtors. | : | |
| | : | |

### ORDER APPROVING SETTLEMENT AGREEMENT
### UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

This matter came before the Court for hearing on April 29, 2019 (the "**Hearing**") on the *Motion for Order Approving Settlement Agreement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 64] filed on April 1, 2019 (the "**Settlement Motion**"), by Neil C. Gordon, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estates of Michael F. Antonelli and Noreen A. Antonelli (the "**Debtors**"). The Settlement Motion seeks approval of the *Joint Stipulation and Settlement Agreement* between Trustee and PNC Bank, National Association (the "**Settlement Agreement**").

13420601v1

No objections to the Settlement Motion were filed, nor did any party appear at the Hearing in opposition to the Settlement Motion. Based on the lack of opposition and for good cause shown, it is hereby

**ORDERED** that the Settlement Motion is **GRANTED,** the Settlement Agreement is **APPROVED**, and the terms set forth therein are incorporated herein by reference.

[END OF DOCUMENT]

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Neil C. Gordon*
    Neil C. Gordon
    Georgia Bar No. 302387
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8500
neil.gordon@agg.com

13420601v1

DISTRIBUTION LIST

Neil C. Gordon
Arnall Golden Gregory LLP
171 17th Street, NW
Suite 2100, Atlanta, GA 30363

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

John D. Schlotter
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076

Monica K. Gilroy
The Gilroy Firm
Suite 140
3780 Mansell Road
Alpharetta, GA 30022

John A. Christy
Schreeder, Wheeler & Flint, LLP
Suite 800
1100 Peachtree Street, NE
Atlanta, GA 30309

Michael F. Antonelli
10 Crestmont Road, Apartment 5R
Montclair NJ 07042

Noreen A. Antonelli
10 Crestmont Road, Apartment 5R
Montclair, NJ 07042

13420601v1