Case 17-64177-pmb    Doc 75    Filed 10/30/19    Entered 10/30/19 11:11:33    Desc Main
Document      Page 1 of 3

**IT IS ORDERED as set forth below:**



Date: October 30, 2019

*(signature)*

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 17-64177-PMB |
| ) | |
| MICHAEL F. ANTONELLI and ) | CHAPTER 7 |
| NOREEN A. ANTONELLI, ) | |
| ) | |
| Debtors. ) | |
| ) | |

ORDER APPROVING COMPROMISE AND SETTLEMENT
OF ADVERSARY PROCEEDING

This matter came before the Court for hearing on October 28, 2019 (the "Hearing") on the *Trustee's Motion for Approval of Joint Stipulation, Mutual Release, and Settlement Agreement By, Among and Between Trustee and Unique Funding Solutions, LLC* [Docket No. 74] filed September 23, 2019 (the "Settlement Motion") by Neil C. Gordon, Chapter 7 Trustee (the "Trustee") for the bankruptcy estates of Michael F. Antonelli and Noreen A. Antonelli ("Debtors"). The Motion seeks approval of the compromise and settlement agreement between the Trustee and Unique Funding Solutions, LLC ("Defendant") whereby Defendant's judgment against the Debtors is

14201412v1

avoided and all claims are mutually released. No objections to the Settlement Motion were filed, nor did any party appear at the Hearing in opposition to the Settlement Motion. Based on the lack of opposition and for good cause shown, it is hereby

ORDERED that the Settlement Motion is GRANTED, the proposed compromise and settlement stands APPROVED, and the terms set forth therein are incorporated herein by reference.

[END OF DOCUMENT]

Prepared and presented:

ARNALL GOLDEN GREGORY LLP

By: */s/ Neil C. Gordon*
    Neil C. Gordon
    Ga. Bar No. 302387
171 17th Street, N.W.
Suite 2100
Atlanta, Georgia 30363
Tel. 404.873.8500
Neil.Gordon@agg.com

14201412v1

DISTRIBUTION LIST

Neil C. Gordon, Esq.
Arnall Golden Gregory, LLP
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363-1301

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Jonathan A. Akins
Schreeder, Wheeler & Flint, LLP
Suite 800
1100 Peachtree Street, NE
Atlanta, GA 30309

Jake Winograd, Principal
Unique Funding Solutions, LLC
71 South Central Avenue
2nd Floor
Valley Stream, NY 11580

Joe Lieberman
The Law Firm of Joe Lieberman P.C.
P.O. Box 356
Cedarhurst, NY 11516

Noreen A Antonelli
10 Crestmont Rd Apt 5R
Montclair, NJ 07042

Michael F. Antonelli
10 Crestmont Rd Apt 5R
Montclair, NJ 07042

14201412v1