**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case Number: | 17-64177 PMB | Trustee: | NEIL C GORDON, TRUSTEE |
|---|---|---|---|
| Case Name: | MICHAEL F. ANTONELLI | Filed (f) or Converted (c): | 08/11/17 (f) |
| | NOREEN A ANTONELLI | §341(a) Meeting Date: | 09/19/17 |
| Period Ending: | 12/31/19 | Claims Bar Date: | 12/26/17 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 3020 LANCASTER SQ ROSWELL GA 30076-1370 FULTON | 1,500,000.00 | 0.00 | | 1,100,000.00 | FA |
| 2 | 2001 LEXUS IS 300 MILEAGE: 124250 | 3,597.00 | 0.00 | OA | 0.00 | FA |
| 3 | MCGUIRE GLASS KITCHEN TABLE | 995.00 | 395.00 | OA | 0.00 | FA |
| 4 | DR TABLE AND CHAIRS | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 5 | 1,500.00 | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 6 | BUREAU (BAKER) | 1,000.00 | 400.00 | | 400.00 | FA |
| 7 | 2 PAINTED BUREAUS | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 8 | HIGH DRESSER (BAKER) | 1,200.00 | 900.00 | | 600.00 | FA |
| 9 | CRYSTAL | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 10 | SILVERWARE | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 11 | PAIR OF NIGHTSTANDS | Unknown | 0.00 | OA | 0.00 | FA |
| 12 | VERSACE PLATES AND CUPS | 200.00 | 0.00 | OA | 0.00 | FA |
| 13 | BELVEDERE CHINA | 600.00 | 600.00 | OA | 0.00 | FA |
| 14 | LIMOGE PLATES | 300.00 | 300.00 | OA | 0.00 | FA |
| 15 | DERUTA POTTERY | 300.00 | 150.00 | OA | 0.00 | FA |
| 16 | BELLEEK CHINA | 720.00 | 720.00 | OA | 0.00 | FA |
| 17 | WEDGEWOOD CHINA | 200.00 | 150.00 | | 100.00 | FA |
| 18 | DR BUFFET | 500.00 | 500.00 | | 500.00 | FA |
| 19 | MCGUIRE CHAIRS(X4) | 400.00 | 200.00 | OA | 0.00 | FA |
| 20 | WASHER/DRYER | 100.00 | 100.00 | OA | 0.00 | FA |
| 21 | ASSORTED CHRISTMAS DECORATIONS/ORNAMENTS | Unknown | 0.00 | OA | 5.00 | FA |

**FORM 1**

Page: 2

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case Number: | 17-64177 PMB | Trustee: | NEIL C GORDON, TRUSTEE |
|---|---|---|---|
| Case Name: | MICHAEL F. ANTONELLI | Filed (f) or Converted (c): | 08/11/17 (f) |
| | NOREEN A ANTONELLI | §341(a) Meeting Date: | 09/19/17 |
| Period Ending: | 12/31/19 | Claims Bar Date: | 12/26/17 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22 | WOODEN DESK (BASEMENT) | 100.00 | 100.00 | OA | 0.00 | FA |
| 23 | BASEMENT RECLINER | 100.00 | 50.00 | OA | 0.00 | FA |
| 24 | ARMOIRE | 125.00 | 125.00 | OA | 0.00 | FA |
| 25 | PINE TRAVEL CHEST | 50.00 | 25.00 | OA | 0.00 | FA |
| 26 | SECRETARY DESK (LIBRARY) | 200.00 | 0.00 | OA | 0.00 | FA |
| 27 | LIBRARY TABLE | 100.00 | 50.00 | OA | 0.00 | FA |
| 28 | ASSORTED LIVING ROOM FURNITURE(TABLE, LAMP, COFFEE TABLE) | Unknown | 0.00 | OA | 0.00 | FA |
| 29 | ASSORTED BEDROOM FURNISHINGS (CHAIRS, OTTOMAN, END TABLE, ETC.) | Unknown | 0.00 | | 195.00 | FA |
| 30 | ASSORTED FAMILY ROOM FURNISHINGS (CHAIRS, COUCHES, COFFEE TABLE, ETC.) | Unknown | 0.00 | | 800.00 | FA |
| 31 | 2ND KING BED FRAME AND MATTRESS | 100.00 | 100.00 | OA | 0.00 | FA |
| 32 | QUEEN BED FRAME AND MATTRESS | 100.00 | 50.00 | OA | 0.00 | FA |
| 33 | VICTORIAN TABLE | 25.00 | 25.00 | OA | 0.00 | FA |
| 34 | 4 POSTER QUEEN BED FRAME AND MATTRESS | 250.00 | 0.00 | OA | 0.00 | FA |
| 35 | ASSORTED FURNITURE IN 4TH BEDROOM (OLD END TABLE, OLD BUREAU, TABLE) | Unknown | 0.00 | OA | 0.00 | FA |
| 36 | ASSORTED KITCHEN APPLIANCES AND UTENSILS | Unknown | 0.00 | OA | 0.00 | FA |
| 37 | ASSORTED FURNITURE IN 5TH BEDROOM (PEDESTAL TABLE, SECRETARY DESK, CHAIR) | Unknown | 0.00 | OA | 0.00 | FA |
| 38 | PERSIAN RUG (LIBRARY) | Unknown | 0.00 | OA | 0.00 | FA |
| 39 | 2 BEIGE RUGS | Unknown | 0.00 | OA | 0.00 | FA |
| 40 | COROMANDEL SCREEN | Unknown | 0.00 | OA | 0.00 | FA |
| 41 | COROMANDEL PANEL | Unknown | 0.00 | OA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| Case Number: | 17-64177 PMB | Trustee: | NEIL C GORDON, TRUSTEE |
|---|---|---|---|
| Case Name: | MICHAEL F. ANTONELLI | Filed (f) or Converted (c): | 08/11/17 (f) |
| | NOREEN A ANTONELLI | §341(a) Meeting Date: | 09/19/17 |
| Period Ending: | 12/31/19 | Claims Bar Date: | 12/26/17 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 42 | KITCHEN TABLE & CHAIRS, ISLAND SEATS | Unknown | 0.00 | OA | 0.00 | FA |
| 43 | BATHROOM MIRROR | 300.00 | 150.00 | OA | 0.00 | FA |
| 44 | ASSORTED LAMPS | Unknown | 0.00 | OA | 0.00 | FA |
| 45 | OLD 27" TV | 0.00 | 0.00 | OA | 0.00 | FA |
| 46 | POTS, PANS, ETC. | Unknown | 0.00 | OA | 0.00 | FA |
| 47 | GLASSWARE AND DISHES (EXCLUDING CHINA) | Unknown | 0.00 | OA | 0.00 | FA |
| 48 | SIMON PEARCE GLASSWARE | 400.00 | 300.00 | OA | 0.00 | FA |
| 49 | CALIFORNIA PAINTING | 300.00 | 150.00 | OA | 0.00 | FA |
| 50 | FAMILY ROOM TV | 400.00 | 200.00 | OA | 0.00 | FA |
| 51 | WOODEN JEWELRY BOX | 600.00 | 300.00 | OA | 0.00 | FA |
| 52 | BASEMENT COUCH | 100.00 | 100.00 | OA | 0.00 | FA |
| 53 | BASEMENT RECLINER | 100.00 | 100.00 | OA | 0.00 | FA |
| 54 | UNPAINTED BUREAU | 500.00 | 200.00 | | 200.00 | FA |
| 55 | DRAFTING TABLE | Unknown | 0.00 | OA | 0.00 | FA |
| 56 | 6 OTHER TVS | Unknown | 0.00 | OA | 0.00 | FA |
| 57 | 2 RADIOS | Unknown | 0.00 | OA | 0.00 | FA |
| 58 | 2 COMPUTERS | 400.00 | 400.00 | OA | 0.00 | FA |
| 59 | 2 CELLPHONES | 600.00 | 300.00 | OA | 0.00 | FA |
| 60 | KINDLE | Unknown | 0.00 | OA | 0.00 | FA |
| 61 | FITBIT | 50.00 | 25.00 | OA | 0.00 | FA |
| 62 | IPAD | 200.00 | 100.00 | OA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

| Case Number: | 17-64177 PMB | Trustee: | NEIL C GORDON, TRUSTEE |
|---|---|---|---|
| Case Name: | MICHAEL F. ANTONELLI | Filed (f) or Converted (c): | 08/11/17 (f) |
| | NOREEN A ANTONELLI | §341(a) Meeting Date: | 09/19/17 |
| Period Ending: | 12/31/19 | Claims Bar Date: | 12/26/17 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 63 | APPLE TV | 50.00 | 25.00 | OA | 0.00 | FA |
| 64 | DVD PLAYER | 50.00 | 25.00 | OA | 0.00 | FA |
| 65 | OLD IPAD | Unknown | 0.00 | OA | 0.00 | FA |
| 66 | SHREDDER | Unknown | 0.00 | OA | 0.00 | FA |
| 67 | COMPUTERS AND SERVERS AT 3020 LANCASTER SQUARE | Unknown | 0.00 | OA | 0.00 | FA |
| 68 | 10 LIMOGES BOXES | 350.00 | 175.00 | OA | 0.00 | FA |
| 69 | PENGUIN HEREND FIGURINE | 615.00 | 307.50 | OA | 0.00 | FA |
| 70 | 7 NEIL DREVISTON PAINTINGS | Unknown | 0.00 | OA | 0.00 | FA |
| 71 | OTHER ASSORTED PAINTINGS/PICTURES | Unknown | 0.00 | OA | 0.00 | FA |
| 72 | ROYAL DOULTON FIGURINES | Unknown | 0.00 | OA | 0.00 | FA |
| 73 | OTHER HEREND FIGURINES | 500.00 | 250.00 | OA | 0.00 | FA |
| 74 | SIMON PIERCE GLASS TREES | Unknown | 0.00 | | 200.00 | FA |
| 75 | ASSORTED MENS' CLOTHES, SHOES, ACCESSORIES | 600.00 | 0.00 | OA | 0.00 | FA |
| 76 | ASSORTED WOMEN'S CLOTHES, SHOES, ACCESSORIES | 600.00 | 0.00 | | 0.00 | FA |
| 77 | WEDDING RING | 12,000.00 | 12,000.00 | OA | 0.00 | FA |
| 78 | OTHER PEARLS | 8,250.00 | 8,250.00 | OA | 0.00 | FA |
| 79 | DIAMOND PENDANT | 9,000.00 | 9,000.00 | OA | 0.00 | FA |
| 80 | CARTIER WATCH | 4,450.00 | 4,450.00 | OA | 0.00 | FA |
| 81 | LOOSE SAPPHIRE | 8,000.00 | 8,000.00 | OA | 0.00 | FA |
| 82 | FRESHWATER PEARL NECKLACE | 750.00 | 0.00 | OA | 0.00 | FA |
| 83 | SILVER CHAIN NECKLACE | 500.00 | 0.00 | OA | 0.00 | FA |

**FORM 1**
Page: 5

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case Number: | 17-64177 PMB | Trustee: | NEIL C GORDON, TRUSTEE |
|---|---|---|---|
| Case Name: | MICHAEL F. ANTONELLI | Filed (f) or Converted (c): | 08/11/17 (f) |
| | NOREEN A ANTONELLI | §341(a) Meeting Date: | 09/19/17 |
| Period Ending: | 12/31/19 | Claims Bar Date: | 12/26/17 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 84 | ASSORTED MEN'S KEEPSAKE JEWELRY | 500.00 | 0.00 | OA | 0.00 | FA |
| 85 | CASH | 9,700.00 | 4,850.00 | | 0.00 | FA |
| 86 | CHECKING ACCOUNT: BANK OF AMERICA<br>Bank of America | 403.84 | 0.00 | | 0.00 | FA |
| 87 | CHECKING ACCOUNT: STATE BANK & TRUST<br>State Bank & Trust | 1,726.00 | 0.00 | | 0.00 | FA |
| 88 | CHECKING ACCOUNT: STATE BANK & TRUST<br>State Bank & Trust | 113.39 | 0.00 | | 0.00 | FA |
| 89 | CHECKING ACCOUNT: FIFTH THIRD BANK<br>Fifth Third Bank | 47.80 | 0.00 | | 0.00 | FA |
| 90 | CHECKING ACCOUNT: FIFTH THIRD BANK<br>Fifth Third Bank | 604.82 | 0.00 | | 0.00 | FA |
| 91 | SAVINGS ACCOUNT: GEORGIA'S OWN CREDIT UNION<br>Georgia's Own Credit Union | 20.00 | 0.00 | | 0.00 | FA |
| 92 | AIM SYSTEMS, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 93 | AIM SYSTEMS, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 94 | ZATATEK, INC. | 100.00 | 0.00 | | 0.00 | FA |
| 95 | INTEREST IN THE MICHAEL F. ANTONELLI INSURANCE TRUST DATED 6/8/98 | Unknown | 0.00 | | 0.00 | FA |
| 96 | INTEREST IN THE MICHAEL & NOREEN ANTONELLI JOINT LIFE INSURANCE TRUSTS | Unknown | 0.00 | | 0.00 | FA |
| 97 | INTEREST IN THE MICHAEL & NOREEN ANTONELLI FAMILY TRUSTS | Unknown | 0.00 | | 0.00 | FA |
| 98 | INTEREST IN THE ONE POLICY PER OWNER TRUST | Unknown | 0.00 | | 0.00 | FA |
| 99 | INSURANCE LICENSES | 0.00 | 0.00 | | 0.00 | FA |
| 100 | SOCIAL SECURITY BENEFITS | Unknown | 0.00 | | 0.00 | FA |
| 101 | HSA BB&T | 0.00 | 0.00 | | 0.00 | FA |
| 101 | (Voided) (u) | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
Page: 6

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| **Case Number:** 17-64177 PMB | **Trustee:** NEIL C GORDON, TRUSTEE |
| **Case Name:** MICHAEL F. ANTONELLI | **Filed (f) or Converted (c):** 08/11/17 (f) |
| NOREEN A ANTONELLI | **§341(a) Meeting Date:** 09/19/17 |
| **Period Ending:** 12/31/19 | **Claims Bar Date:** 12/26/17 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | | | **Estimated Net Value** | | | **Asset Fully** |
| | | **Petition/** | **(Value Determined By Trustee,** | **Property** | **Sale/Funds** | **Administered (FA)/** |
| | **Asset Description** | **Unscheduled** | **Less Liens, Exemptions,** | **Abandoned** | **Received by** | **Gross Value of** |
| **Ref #** | **(Scheduled And Unscheduled (u) Property)** | **Values** | **and Other Costs)** | **OA=§554(a) Abandon** | **the Estate** | **Remaining Assets** |
| 102 | HSA BB&T | 1,417.50 | 1,417.50 | | 0.00 | FA |
| 103 | BRIGHTHOUSE LTC | 0.00 | 0.00 | | 4,671.54 | 0.00 |
| 104 | PREFERENCE/FRAUDULENT TRANSFERS: AMERICAN EXPRESS | 2,238.00 | 2,238.00 | | 0.00 | 2,238.00 |
| 105 | PREFERENCE/FRAUDULENT TRANSFERS: WELLS FARGO | 19,582.74 | 19,582.74 | | 0.00 | 19,582.74 |
| 106 | PREFERENCE/FRAUDULENT TRANSFERS: DISCOVER | 1,943.00 | 1,943.00 | | 0.00 | 1,943.00 |
| 107 | PREFERENCE/FRAUDULENT TRANSFERS: BRIGHTHOUSE LIFE | 1,321.63 | 1,321.63 | | 0.00 | 1,321.63 |
| 108 | PREFERENCE/FRAUDULENT TRANSFERS: CHASE | 1,679.00 | 1,679.00 | | 0.00 | 1,679.00 |
| 109 | PREFERENCE/FRAUDULENT TRANSFERS: BB&T | 1,594.61 | 1,594.61 | | 0.00 | 1,594.61 |
| 110 | PREFERENCE/FRAUDULENT TRANSFERS: NAVIENT | 1,374.00 | 1,374.00 | | 0.00 | 1,374.00 |
| 111 | 2016 TAX REFUND (u) | 0.00 | 0.00 | | 20,821.01 | FA |
| 112 | DISCOVER CARD REWARD POINTS (u) | 0.00 | 49.64 | | 49.64 | FA |
| 113 | HOMEOWNERS INSURANCE REFUND (u) | Unknown | 5,087.00 | | 5,087.00 | FA |
| 114 | 2017 STATE TAX REFUND (u) | 0.00 | 31.00 | | 31.00 | FA |
| 115 | GARNISHED FUNDS: RELIABLE FAST CASH, LLC (u) | Unknown | 34,099.43 | | 34,099.43 | FA |
| 116 | Health Insurance Rebates (u) | 0.00 | 30.74 | | 30.74 | 0.00 |
| 117 | PREFERENCE: Reliable Fast Cash, LLC (u) Adversary Case No. 19-05280 (see footnote) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 118 | PREFERENCE: Fox Capital Group, Inc. (u) (see footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 119 | PREFERENCE: Yellowstone Capital, LLC Adversary Case No. 19-05282 (see footnote) | 0.00 | 0.00 | | 0.00 | FA |

FORM 1
Page: 7
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| | |
|---|---|
| Case Number: | 17-64177 PMB |
| Case Name: | MICHAEL F. ANTONELLI |
| | NOREEN A ANTONELLI |
| Period Ending: | 12/31/19 |

| | |
|---|---|
| Trustee: | NEIL C GORDON, TRUSTEE |
| Filed (f) or Converted (c): | 08/11/17 (f) |
| §341(a) Meeting Date: | 09/19/17 |
| Claims Bar Date: | 12/26/17 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 120 | PREFERENCE: ABF Servicing, LLC and Unique Funding Solutions, LLC (u) Adversary Case No. 19-05283 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 121 | PREFERENCE: PNC Bank, N.A. et al (u) (see footnote) | 0.00 | 0.00 | | 0.00 | 0.00 |
| **TOTALS** (Excluding Unknown Values) | | **$1,612,793.33** | **$131,045.79** | | **$1,167,790.36** | **$29,732.98** |

Regarding Property #117  Defendant's deadline to respond to complaint extending to 3/27/20 pursuant to Consent Order entered 12/30/19 (Doc. No. 15).
Regarding Property #118  Complaint dismissed 11/20/19 (Doc. No. 7).
Regarding Property #119  Complaint dismissed 10/15/19 (Doc. No. 5)
Regarding Property #121  Order Authorizing Mediation entered 1/13/20 (Doc. No. 53)

**Major activities affecting case closing:**

From the testimony and background that was obtained, it appears that the Debtors started Debtor Corporation AIM Systems, Inc. (Case No. 17-64175-BEM) in 1991 as an insurance policy processing entity, which processing was also tied into future commission streams for at least some of the policies.  It appeared to have been a very successful business until it lost a major client in 2015.  Instead of cutting back, the Debtors tried to keep everyone employed and find replacement business.  They thought they had found such replacement business, but it turned out to be just a fraction of what had been expected.  They were overstaffed and started hemorrhaging.  In December 2016, Debtor Husband started borrowing from aggressive lenders to keep the doors open, but all he did was buy a little more time and incur a significant amount of debt.

Wells Fargo received a catch-up payment from the Debtors on June 19, 2017 in the amount of $19,582.74.  Wells Fargo also appeared to have received VISA payments totaling $777 in three payments made within a 33-day period.  These appeared to be preferential transfers.

Debtors scheduled their joint ownership interest in that certain real property known generally as 3020 Lancaster Square, Roswell, Fulton County, Georgia 30076 (the "Property"). Debtors claimed no exemption in the Property.  Debtors scheduled two (2) claims against the Property in the amounts of (a) $1,447,725.00 in favor of Wells Fargo and (b) $199,000.00 in favor of PNC Bank, N.A.  Trustee obtained a full title examination report for the Property (the "Title Report"). The Title Report reflected (i) a Security Deed in favor of RBC Centura Bank, now known as PNC Bank, N.A. ("PNC") dated June 30, 2006 and recorded on the real property records with the Clerk of the Superior Court of Fulton County (the "Real Estate Records") on August 22, 2006 to secure a credit line in the original principal amount of $199,000.00 (the "PNC Deed"); and (ii) a Security Deed in favor of HSBC USA, NA, as Trustee for Wells Fargo Asset Securities Corporation Mortgage Pass Through Certificates, Series 2006-AR15 (collectively, "Wells Fargo") dated June 30, 2006 and recorded on the Real Estate Records on September 22, 2006 in the original principal amount of $1,492,500.00 (the "Wells Fargo Deed").

Trustee entered into a Purchase and Sale Agreement for the sale of the Property, "as is, where is," for a sale price of $1,100,000.00 (the "Purchase Price"), subject to Bankruptcy Court approval (the "Contract"). Trustee filed pursuant to 11 U.S.C. §§ 363(b) and (f) a Motion for (I) Authority to (A) Sell Real Property of the Bankruptcy Estate Free and Clear of Liens, Interests, and Encumbrances and (B) Disburse Certain Proceeds at Closing and (II) Approval of Surcharge Under 11 U.S.C. Section 506(c) [Doc. No. 45] (the "Sale Motion").  In the Sale Motion, Trustee asserted that Wells Fargo's interest in the Property was the subject of a bona fide dispute under 11 U.S.C. § 363(f)(4), enabling Trustee to proceed with the sale of the Property free and clear of the Wells Fargo Deed.  The Sale Motion further requested approval of a surcharge under 11 U.S.C. § 506(c) in the amount of $110,000.00 (the "Surcharge"). Wells Fargo filed a Response [Doc. No. 50], to Trustee's Sale Motion, objecting to the sale of the Property. The hearing on the Sale Motion was held, at which time, the Court directed Trustee and Wells Fargo to submit briefs by close of business the following day.  Accordingly, Trustee filed his Supplement [Doc. No. 51] to the Sale Motion and Wells Fargo filed a Supplemental Response [Doc. No. 52] ("Supplemental Response").  Trustee filed his Reply [Doc. No. 54] to Wells Fargo's Supplemental Response. The Court entered an Order [Doc. No. 56], approving the Contract and authorizing the Trustee's sale of the Property free and clear of all liens, interests and encumbrances and authorizing Trustee to disburse certain proceeds at closing (the "Sale Order"). Trustee closed on the sale of the Property, and Trustee's authorized disbursing agent made those disbursements authorized by the Sale Order.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Trustee filed a complaint against PNC Bank, N.A, successor by merger to RBC Centura Bank ("PNC Bank"), Sunshine Mortgage Corporation, n/k/a Sunshine Mortgage, LLC ("SMC") and Wells Fargo [Adversary Proceeding No. 18-05193] to (a) determine and establish the extent and priority of all liens, claims, and encumbrances in or against the Property; (b) avoid the Transfers under 11 U.S.C. § 544(a)(3); (c) require Wells Fargo to turnover, deliver, and transfer its interest in the Property, or the value of the same, to Plaintiff under 11 U.S.C. § 550; and (d) preserve the Transfers for the benefit of the Bankruptcy Estate under 11 U.S.C. § 551. PNC Bank filed its answer to the complaint. A Consent Order was entered by the Court granting the Motion to Extend Time for Wells Fargo to respond to complaint. Wells Fargo filed its response. On January 13, 2020, the Court entered an Order Authorizing Mediation (A.P. No. 53). Mediation is scheduled for February 18, 2020.

Trustee also brought several Adversary Proceedings to avoid judgments obtained against the Debtors within ninety (90) days of the petition date that were all resolved favorably to the Trustee.

**Initial Projected Date of Final Report (TFR):** December 31, 2019        **Current Projected Date of Final Report (TFR):** December 31, 2021

                January 31, 2020                                                                        /s/ NEIL C GORDON, TRUSTEE
                        Date                                                                                    NEIL C GORDON, TRUSTEE

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 17-64177 PMB | Trustee: | NEIL C GORDON, TRUSTEE |
|---|---|---|---|
| Case Name: | MICHAEL F. ANTONELLI | Bank Name: | Union Bank |
|  | NOREEN A ANTONELLI | Account: | ******9563 - Checking |
| Taxpayer ID#: | *****2413 | Blanket Bond: | $35,660,000.00 (per case limit) |
| Period: | 10/01/18 - 12/31/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/26/17 | Asset #111 | Michael F Antonelli/Noreen Antonelli | Turnover of 2016 Tax Refund | 1224-000 | 20,821.01 |  | 20,821.01 |
| 10/26/17 | Asset #112 | Discover | Liquidation of Discover Card Rewards | 1229-000 | 49.64 |  | 20,870.65 |
| 11/14/17 | Asset #103 | Brighthouse Financial | Pre-Petition Commission | 1221-000 | 80.00 |  | 20,950.65 |
| 11/27/17 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 15.00 | 20,935.65 |
| 12/26/17 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 30.08 | 20,905.57 |
| 01/12/18 | Asset #103 | Brighthouse Financial | Pre-Petition Commission | 1221-000 | 487.44 |  | 21,393.01 |
| 01/12/18 | Asset #103 | Brighthouse Financial | Pre-Petition Commission | 1221-000 | 70.62 |  | 21,463.63 |
| 01/25/18 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 31.11 | 21,432.52 |
| 01/29/18 | Asset #103 | Brighthouse Financial | Pre-Petition Commission | 1221-000 | 167.96 |  | 21,600.48 |
| 02/26/18 | Asset #103 | Brighthouse Financial | Pre-Petition Commission | 1221-000 | 270.00 |  | 21,870.48 |
| 02/26/18 | Asset #113 | Noreen Antonelli | Turnover of Homeowners Insurance Refund | 1229-000 | 5,087.00 |  | 26,957.48 |
| 02/26/18 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 31.51 | 26,925.97 |
| 03/06/18 |  | Noreen Antonelli | Net Sale Proceeds of Non-Exempt Property Pursuant to Court Order Entered 2/27/18 (Doc. No. 42) |  | 500.00 |  | 27,425.97 |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 17-64177 PMB | Trustee: | NEIL C GORDON, TRUSTEE |
|---|---|---|---|
| Case Name: | MICHAEL F. ANTONELLI | Bank Name: | Union Bank |
| | NOREEN A ANTONELLI | Account: | ******9563 - Checking |
| Taxpayer ID#: | *****2413 | Blanket Bond: | $35,660,000.00 (per case limit) |
| Period: | 10/01/18 - 12/31/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/06/18 | Asset #6 | | BUREAU (BAKER) | 400.00 | 1129-000 | | | 27,425.97 |
| 03/06/18 | Asset #17 | | WEDGEWOOD CHINA | 100.00 | 1129-000 | | | 27,425.97 |
| 03/06/18 | | Michael Antonelli | Net Sale Proceeds of Non-Exempt Property Pursuant to Court Order Entered 2/27/18 (Doc. No. 42) | | | 2,500.00 | | 29,925.97 |
| 03/06/18 | Asset #18 | | DR BUFFET | 500.00 | 1129-000 | | | 29,925.97 |
| 03/06/18 | Asset #54 | | UNPAINTED BUREAU | 200.00 | 1129-000 | | | 29,925.97 |
| 03/06/18 | Asset #8 | | HIGH DRESSER (BAKER) | 600.00 | 1129-000 | | | 29,925.97 |
| 03/06/18 | Asset #21 | | ASSORTED CHRISTMAS DECORATIONS/ORNAMENTS | 5.00 | 1129-000 | | | 29,925.97 |
| 03/06/18 | Asset #29 | | ASSORTED BEDROOM FURNISHINGS (CHAIRS, OTTOMAN, END TABLE, ET | 195.00 | 1129-000 | | | 29,925.97 |
| 03/06/18 | Asset #74 | | SIMON PIERCE GLASS TREES | 200.00 | 1129-000 | | | 29,925.97 |
| 03/06/18 | Asset #30 | | ASSORTED FAMILY ROOM FURNISHINGS (CHAIRS, COUCHES, COFFEE TA | 800.00 | 1129-000 | | | 29,925.97 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | 29.51 | 29,896.46 |

# Form 2
# Cash Receipts and Disbursements Record

| Case Number: | 17-64177 PMB | | Trustee: | NEIL C GORDON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MICHAEL F. ANTONELLI | | Bank Name: | Union Bank |
| | NOREEN A ANTONELLI | | Account: | ******9563 - Checking |
| Taxpayer ID#: | *****2413 | | Blanket Bond: | $35,660,000.00 (per case limit) |
| Period: | 10/01/18 - 12/31/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/18 | Asset #115 | New York City Marshal Vadim Barbarovich | Garnished Funds Were Discovered to Have Originated from Debtors' Checking Account Instead of corporation AIM System (Case No. 17-64175-SMS). Check was made payable to both estates and difficult to obtain. | 1229-000 | 34,099.43 | | 63,995.89 |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 46.88 | 63,949.01 |
| 05/09/18 | Asset #114 | Georgia Department of Revenue | 2017 State Tax Refund | 1224-000 | 31.00 | | 63,980.01 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 92.03 | 63,887.98 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 95.05 | 63,792.93 |
| 06/29/18 | Asset #103 | MetLife Insurance Company of Connecticut | Pre-Petition Brighthouse Commission | 1129-000 | 244.17 | | 64,037.10 |
| 07/09/18 | Asset #103 | MetLife Insurance Company of Connecticut | Pre-Petition Brighthouse Commission | 1129-000 | 129.60 | | 64,166.70 |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 91.86 | 64,074.84 |
| 07/30/18 | Asset #103 | MetLife Insurance Company of Connecticut | Pre-Petition Brighthouse Commission | 1129-000 | 132.14 | | 64,206.98 |
| 08/03/18 | Asset #1 | Campbell & Brannon | Gross Real Property Sale Proceeds Pursuant to Court Order Approving Motion to Sell Entered 8/3/18 (Doc. No. 56) | 1110-000 | 1,100,000.00 | | 1,164,206.98 |

Page: 4

# Form 2
# Cash Receipts and Disbursements Record

| Case Number: | 17-64177 PMB | | Trustee: | NEIL C GORDON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MICHAEL F. ANTONELLI | | Bank Name: | Union Bank |
| | NOREEN A ANTONELLI | | Account: | ******9563 - Checking |
| Taxpayer ID#: | *****2413 | | Blanket Bond: | $35,660,000.00 (per case limit) |
| Period: | 10/01/18 - 12/31/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/03/18 | | Campbell & Brannon | Gross Real Property Sale Proceeds Pursuant to Court Order Approving Motion to Sell Entered 8/3/18 (Doc. No. 56) | | | 1,013,271.71 | | 2,177,478.69 |
| 08/03/18 | Asset #1 | | 3020 LANCASTER SQ<br>ROSWELL GA 30076-1370<br>FULTON | 1,100,000.00 | 1110-000 | | | 2,177,478.69 |
| 08/03/18 | | Atlanta Communities | | -33,000.00 | 3510-000 | | | 2,177,478.69 |
| 08/03/18 | | Campbell & Brannon | | -5,534.00 | 2500-000 | | | 2,177,478.69 |
| 08/03/18 | | Fulton County Clerk of Court | Recording Fees | -976.11 | 2820-000 | | | 2,177,478.69 |
| 08/03/18 | | City Taxes | | -1,397.00 | 2820-000 | | | 2,177,478.69 |
| 08/03/18 | | Coldwell Banker Residential Brokers | | -33,000.00 | 3510-000 | | | 2,177,478.69 |
| 08/03/18 | | Chatham Park Community Association | | -3,456.52 | 2500-000 | | | 2,177,478.69 |
| 08/03/18 | | County Taxes | | -7,264.66 | 2820-000 | | | 2,177,478.69 |
| 08/03/18 | | Robin Blass | Utilites | -2,100.00 | 3520-000 | | | 2,177,478.69 |
| 08/03/18 | 101 | Campbell & Brannon | Seller's Closing Costs Pursuant to Court Order Approving Motion to Sell Entered 8/3/18 (Doc. No. 56) | | | | 86,728.30 | 2,090,750.39 |
| 08/03/18 | | Chatham Park Community Association | | 3,456.52 | 2500-000 | | | 2,090,750.39 |
| 08/03/18 | | Coldwell Banker Residential Brokers | | 33,000.00 | 3510-000 | | | 2,090,750.39 |
| 08/03/18 | | City Taxes | | 1,397.00 | 2820-000 | | | 2,090,750.39 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 17-64177 PMB | | Trustee: | NEIL C GORDON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MICHAEL F. ANTONELLI | | Bank Name: | Union Bank |
| | NOREEN A ANTONELLI | | Account: | ******9563 - Checking |
| Taxpayer ID#: | *****2413 | | Blanket Bond: | $35,660,000.00 (per case limit) |
| Period: | 10/01/18 - 12/31/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/03/18 | | Fulton County Clerk of Court | Seller's Credit                976.12 | 2500-000 | | | 2,090,750.39 |
| 08/03/18 | | Atlanta Communities | 33,000.00 | 3510-000 | | | 2,090,750.39 |
| 08/03/18 | | Campbell & Brannon | Seller's Closing Costs Pursuant to Court Order Approving Motion to Sell Entered 8/3/18 (Doc. No. 56)    5,534.00 | 2500-000 | | | 2,090,750.39 |
| 08/03/18 | | Robin Blass | Utilities    2,100.00 | 3520-000 | | | 2,090,750.39 |
| 08/03/18 | | County Taxes | 7,264.66 | 2820-000 | | | 2,090,750.39 |
| 08/03/18 | | Campbell & Brannon | Gross Real Property Sale Proceeds Pursuant to Court Order Approving Motion to Sell Entered 8/3/18 (Doc. No. 56) Reversal VOID: Deposit for Gross Sale Proceeds Instead of Net. | | -1,013,271.71 | | 1,077,478.68 |
| 08/03/18 | | Campbell & Brannon | 5,534.00 | 2500-000 | | | 1,077,478.68 |
| 08/03/18 | | Chatham Park Community Association | 3,456.52 | 2500-000 | | | 1,077,478.68 |
| 08/03/18 | | Fulton County Clerk of Court | Recording Fees    976.11 | 2820-000 | | | 1,077,478.68 |
| 08/03/18 | | City Taxes | 1,397.00 | 2820-000 | | | 1,077,478.68 |
| 08/03/18 | | Coldwell Banker Residential Brokers | 33,000.00 | 3510-000 | | | 1,077,478.68 |
| 08/03/18 | | Atlanta Communities | 33,000.00 | 3510-000 | | | 1,077,478.68 |
| 08/03/18 | | County Taxes | 7,264.66 | 2820-000 | | | 1,077,478.68 |
| 08/03/18 | | Robin Blass | Utilites    2,100.00 | 3520-000 | | | 1,077,478.68 |

Page: 6

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 17-64177 PMB | Trustee: | NEIL C GORDON, TRUSTEE |
|---|---|---|---|
| Case Name: | MICHAEL F. ANTONELLI | Bank Name: | Union Bank |
| | NOREEN A ANTONELLI | Account: | ******9563 - Checking |
| Taxpayer ID#: | *****2413 | Blanket Bond: | $35,660,000.00 (per case limit) |
| Period: | 10/01/18 - 12/31/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/03/18 | Asset #1 | | 3020 LANCASTER SQ ROSWELL GA 30076-1370 FULTON | -1,100,000.00 1110-000 | | | 1,077,478.68 |
| 08/06/18 | | Campbell & Brannon | Gross Real Property Sale Proceeds Pursuant to Court Order Approving Motion to Sell Entered 8/3/18 (Doc. No. 56) | | 1,099,640.52 | | 2,177,119.20 |
| 08/06/18 | Asset #1 | Campbell & Brannon | 3020 LANCASTER SQ ROSWELL GA 30076-1370 FULTON | 1,100,000.00 1110-000 | | | 2,177,119.20 |
| 08/06/18 | | Robin Blass | | -359.48 3520-000 | | | 2,177,119.20 |
| 08/06/18 | Asset #1 | Campbell & Brannon | Gross Real Property Sale Proceeds Pursuant to Court Order Approving Motion to Sell Entered 8/3/18 (Doc. No. 56) Reversal VOID: Additional Closing Costs Incurred | 1110-000 | -1,100,000.00 | | 1,077,119.20 |
| 08/28/18 | Asset #103 | MetLife Insurance Company of Connecticut | Pre-Petition Brighthouse Commission | 1129-000 | 217.97 | | 1,077,337.17 |
| 08/31/18 | Asset #103 | MetLife Insurance Company of Connecticut | Pre-Petition Brighthouse Commission | 1129-000 | 379.08 | | 1,077,716.25 |
| 09/17/18 | Asset #103 | MetLife Insurance Company of Connecticut | Pre-Petition Brighthouse Commission | 1129-000 | 98.65 | | 1,077,814.90 |

**Form 2**
**Cash Receipts and Disbursements Record**

Page: 7

| Case Number: | 17-64177 PMB | Trustee: | NEIL C GORDON, TRUSTEE |
|---|---|---|---|
| Case Name: | MICHAEL F. ANTONELLI | Bank Name: | Union Bank |
| | NOREEN A ANTONELLI | Account: | ******9563 - Checking |
| Taxpayer ID#: | *****2413 | Blanket Bond: | $35,660,000.00 (per case limit) |
| Period: | 10/01/18 - 12/31/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/17/18 | | Union Bank | Account Closeout Transfer Adjustment | 9999-000 | | 1,077,814.90 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,165,006.23 | 1,165,006.23 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,077,814.90 | |
| | | | **Subtotal** | | 1,165,006.23 | 87,191.33 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,165,006.23** | **$87,191.33** | |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 17-64177 PMB | | Trustee: | NEIL C GORDON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MICHAEL F. ANTONELLI | | Bank Name: | East West Bank |
| | NOREEN A ANTONELLI | | Account: | ******0568 - Checking |
| Taxpayer ID#: | *****2413 | | Blanket Bond: | $35,660,000.00 (per case limit) |
| Period: | 10/01/18 - 12/31/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/17/18 | Asset #103 | MetLife Insurance Company of Connecticut | Renewal Commissions | 1129-000 | 74.43 | | 74.43 |
| 12/17/18 | | East West Bank | Account Opening Deposit Adjustment | 9999-000 | 1,077,814.90 | | 1,077,889.33 |
| 12/20/18 | Asset #103 | MetLife Insurance Company of Connecticut | Renewal Commisions | 1129-000 | 76.19 | | 1,077,965.52 |
| 01/08/19 | Asset #103 | MetLife Insurance Company of Connecticut | Pre-Petition Earned Commission | 1129-000 | 513.28 | | 1,078,478.80 |
| 03/05/19 | Asset #103 | MetLife Insurance Company of Connecticut | Renewal Commisions | 1129-000 | 270.00 | | 1,078,748.80 |
| 03/11/19 | Asset #103 | MetLife Insurance Company of Connecticut | Renewal Commissions | 1129-000 | 98.65 | | 1,078,847.45 |
| 04/05/19 | Asset #103 | MetLife Insurance Company of Connecticut | Renewal Commissions | 1129-000 | 76.19 | | 1,078,923.64 |
| 06/10/19 | Asset #103 | Brighthouse Life Insurance Company | Renewal Commission | 1129-000 | 74.43 | | 1,078,998.07 |
| 07/09/19 | Asset #103 | Brighthouse Life Insurance Company | Renewal Commission | 1129-000 | 203.23 | | 1,079,201.30 |
| 07/09/19 | Asset #116 | UnitedHealthcar Insurance Company | Noreen Antonelli's Rebate | 1229-000 | 15.37 | | 1,079,216.67 |
| 07/09/19 | Asset #116 | UnitedHealthcar Insurance Company | Michael Antonelli's Rebate | 1229-000 | 15.37 | | 1,079,232.04 |
| 07/15/19 | Asset #103 | Brighthouse Life Insurance Company | Renewal Commission | 1129-000 | 129.60 | | 1,079,361.64 |
| 08/29/19 | Asset #103 | Brighthouse Life Insurance Company | Renewal Commission | 1129-000 | 214.16 | | 1,079,575.80 |
| 09/13/19 | | Protective Life Insurance Company | Pre-Petition Earned Commissions | 1121-000 | 9,644.34 | | 1,089,220.14 |
| 09/18/19 | Asset #103 | Brighthouse Life Insurance Company | Renewal Commission | 1129-000 | 74.43 | | 1,089,294.57 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 17-64177 PMB | Trustee: | NEIL C GORDON, TRUSTEE |
|---|---|---|---|
| Case Name: | MICHAEL F. ANTONELLI | Bank Name: | East West Bank |
| | NOREEN A ANTONELLI | Account: | ******0568 - Checking |
| Taxpayer ID#: | *****2413 | Blanket Bond: | $35,660,000.00 (per case limit) |
| Period: | 10/01/18 - 12/31/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/20/19 | Asset #103 | Brighthouse Life Insurance Company | Renewal Commission | 1129-000 | 410.67 | | 1,089,705.24 |
| 10/11/19 | Asset #103 | Brighthouse Life Insurance Company | Renewal Commission | 1129-000 | 104.22 | | 1,089,809.46 |
| 12/18/19 | Asset #103 | Brighthouse Life Insurance Company | Renewal Commission | 1129-000 | 74.43 | | 1,089,883.89 |
| | | | **ACCOUNT TOTALS** | | 1,089,883.89 | 0.00 | $1,089,883.89 |
| | | | Less: Bank Transfers | | 1,077,814.90 | 0.00 | |
| | | | **Subtotal** | | 12,068.99 | 0.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,068.99** | **$0.00** | |

| | | | | |
|---|---|---|---|---|
| Net Receipts: | $1,177,075.22 | | | |
| Plus Gross Adjustments: | 359.48 | | | |
| Net Estate: | $1,177,434.70 | | | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0568** | 12,068.99 | 0.00 | 1,089,883.89 |
| **Checking # ******9563** | 1,165,006.23 | 87,191.33 | 0.00 |
| | $1,177,075.22 | $87,191.33 | $1,089,883.89 |